# In The United States Court of Federal Claims

## Cover Sheet

'05-1179L

Plaintiff(s) or Petitioner(s)
RITA MOHLEN and RICHARD SKRINDE

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Laurence F. Padway

Firm Name: Law Offices of Laurence F. Padway

Post Office Box:

Street Address: 1516 Oak Street, Suite 109

City-State-Zip: Alameda, Ca 94501

Telephone & Facsimile Numbers: (510) 814-6100 Tel/ (510) 814-0650 Fax

E-mail address: LP@padway.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: [5] [1] [2]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: [A] [R] [M]

**See attached Sheet for three digit code.**

Amount Claimed: $ 300,000.

**,I tRbe determined, Sut the Shrase "tRbe determined" in Amount Claimed Space.**

Vaccination Date: **(s accine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005