IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RITA MOHLEN, and<br>RICHARD SKRINDE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1179L<br><br>Hon. Marian Blank Horn |

**MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendant, United States of America, hereby moves, pursuant to Rule 6.1 of the RCFC, for an enlargement of time of twenty-eight (28) days, or to and including February 3, 2006, for the filing of its response to Plaintiffs' complaint in the above captioned matter.

Plaintiffs' complaint was filed on November 7, 2005, and accordingly Defendant's response thereto is currently due on January 6, 2006. No previous enlargements of time for this response have been requested.

Additional time is required in order coordinate the United States' position with agency counsel at the United States Army Corps of Engineers. These efforts have been complicated by the current holiday season. Accordingly, Defendant requests this twenty-eight (28) day enlargement of time.

Counsel for Defendant has conferred with Counsel for Plaintiffs who indicated that Plaintiffs do not oppose this enlargement.

WHEREFORE, for the reasons set forth above, the United States respectfully moves this Court to enlarge by twenty-eight (28) days, to February 3, 2006, the United States' time to

respond to Plaintiffs' complaint in the above captioned matter.

Dated: January 5, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

s/ Mark T. Romley
Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274
E-mail: mark.romley@usdoj.gov

*Attorney for Defendant United States of America*