# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **RITA MOHLEN and RICHARD SKRINDE,** | |
| **Plaintiffs,** | **No. 05-1179L** |
| | **Filed: January 11, 2006** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The Notice of Appearance in the above-captioned case was filed on December 15, 2005. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Friday, March 3, 2006, at 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (510) 814-6100 and defendant's counsel at (202) 305-0458. Counsel for both parties may appear by telephone. Neither party shall file a motion for summary judgement before the status conference. A motion to dismiss may, of course, be filed instead of an answer.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**