# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

RITA MOHLEN and
RICHARD SKRINDE,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 05-1179L**
**Filed: March 8, 2006**

## O R D E R

A status conference was originally scheduled for Friday March 3, 2006. The court hereby **RESCHEDULES** the parties to appear at a status conference on **Friday March 10, 2006, at 3:00 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (510) 205-1821 and defendant's counsel at (202) 305-0458. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**