# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **RITA MOHLEN and RICHARD SKRINDE**, | |
| **Plaintiffs,** | **No. 05-1179L** |
| **v.** | **Filed: March 13, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

A status conference was held in this case on March 10, 2006. During the conference the parties indicated that discovery may be necessary and that the defendant's motion to dismiss may be premature. Therefore, the court **STAYS** the defendant's motion to dismiss. Discovery will proceed, initiated by informal discovery. To discuss the parties' discovery efforts, the court **ORDERS** the parties to appear at a status conference on **Monday, May 1, 2006 at 3:00 p.m. EDT**. Unless otherwise notified, the court will contact plaintiff's counsel at (510) 205-1821 and defendant's counsel at (202) 305-0458. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**