Law Offices of

LAURENCE F. PADWAY

Board Certified in Civil Trial Advocacy, NBTA
Diplomate, National College of Advocacy

1516 Oak Street
Suite 109
Alameda, CA 94501

Writer's Direct Tel : (510) 814-0680
Facsimile : (510) 814-0650
Office Number : (510) 814-6100

E-mail : Lp@padway.com

May 2, 2006

Hon. Marion B. Horn
United States Court of Federal Claims
United States Court of Federal Claims
717 Madison Place, NW, Room 103
Washington, D.C. 20005

Re: Mohlen v. United States
No. 05-1179L

Dear Judge Horn:

There was some confusion regarding yesterday's status conference. The Court's order of March 13, 2006, a copy of which I attach, directed that I be available at (510) 205-1821 for yesterday's conference call, which is my cell phone. I was away from my office yesterday for mediation in another case and I had arranged with the mediator to interrupt those proceedings so that I could take your Honor's call. I was, in fact, available for the conference call at the phone number listed in the Court's order.

Unfortunately, the Court called my office number at (510) 814-6100. My office was closed for lunch (we are, of course, on Pacific time). The Court left a message on my answering machine which I received when I came into the office this morning.

Because sometimes Court conference calls in our local courts start as much as an hour or two after the appointed time, I did not become concerned about the matter until it was too late to reach the Court yesterday.

I apologize for the confusion, and I will have my paralegal confirm the phone numbers for future conference calls on the day of the hearing to avoid any further mishaps.

Thank you for your courtesy and understanding.

Very truly yours,

Laurence F. Padway

cc: Mark Romley, Esq.

# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

RITA MOHLEN and RICHARD SKRINDE,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 05-1179L**
**Filed: March 13, 2006**

## ORDER

A status conference was held in this case on March 10, 2006. During the conference the parties indicated that discovery may be necessary and that the defendant's motion to dismiss may be premature. Therefore, the court **STAYS** the defendant's motion to dismiss. Discovery will proceed, initiated by informal discovery. To discuss the parties' discovery efforts, the court **ORDERS** the parties to appear at a status conference on **Monday, May 1, 2006 at 3:00 p.m. EDT**. Unless otherwise notified, the court will contact plaintiff's counsel at (510) 205-1821 and defendant's counsel at (202) 305-0458. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**