# In the United States Court of Federal Claims

| | |
|---|---|
| RITA MOHLEN and RICHARD SKRINDE,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | No. 05-1179L<br>Filed: May 2, 2006 |

**O R D E R**

A status conference was held in this case on May 1, 2006. The court attempted to reach plaintiff's counsel at telephone no. (510) 814-6100, which is the telephone number listed by counsel on the court's docket for plaintiff's counsel. The court, however, was unable to reach plaintiff's counsel and after leaving a voice message on plaintiff's counsel's answering machine, the court set dates for future proceedings with defendant's counsel on the phone. As discussed during the conference, the court **LIFTS** the stay of proceedings on defendant's motion to dismiss. Defendant shall file its reply brief on or before **Monday, May 15, 2006**. Discovery in this case shall be completed on or before **Friday, August 25, 2006**. On or before **Friday, September 1, 2006**, the parties shall file a joint status report indicating the completion of discovery and proposing a schedule for future proceedings in the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**