1

**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
211 MAIN STREET
SAN FRANCISCO, CALIFORNIA 94105-1905

REPLY TO
ATTENTION OF:

NOV 16 1994

Construction-Operations Division (1145b)
Regulatory Branch

Subject: File Number 21250 E01

Rita Mohler
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohler:

This is in reference to your submittal of October 28, 1994 concerning Department of the Army authorization to perform repair work on a residential pier that will not alter its current configuration. The pier extends into the U.S. Tidal Canal in Alameda, California.

Based on the application materials you submitted on October 28, 1994, we have determined that this activity qualifies for nationwide permit authorization for repair and replacement of an existing serviceable structure, (33 CFR Part 330, Appendix A, (B), (3)), pursuant to Section 10 of the Rivers and Harbor Act of 1899 (33 U.S.C. 403), but is denied without prejudice until state authorization has been obtained.

The proposed activity shall be authorized only after your receipt of a coastal zone consistency concurrence from the San Francisco Bay Conservation and Development Commission (BCDC). Any special conditions included in that concurrence shall be considered an integral part of our issued nationwide permit and will automatically become effective when you receive notification from them. Please send us a copy of the BCDC authorization to validate our authorization. No further correspondence will be forthcoming from this office.

This letter confirming that your activity qualifies for a nationwide permit is valid for two (2) years or until the nationwide permit is modified, reissued or revoked. All nationwide permits are scheduled to be modified, reissued or revoked prior to 22 January 1997. It is your obligation to remain informed of changes to the nationwide permits. We will issue a public notice announcing the changes when they occur. Furthermore, if you commence or are under contract to commence this activity before the date the nationwide permit is modified or revoked, you will have twelve months from the date of the modification or revocation to complete the activity under the present conditions of this nationwide permit.

All conditions cited in Enclosure 1 must be followed, for the nationwide permit to remain valid.

Please note that your non-compliance with any condition or requirement of this letter could cancel the nationwide permit authorization for your activity, and you may be required to obtain an individual permit.

The coverage of your activity by a nationwide Department of the Army permit does not eliminate the requirement to obtain other necessary State or local approval. If you have questions, please call Liz Varnhagen of our Regulatory Branch at 415-744-3318 Ext. 248. If you wish to write, please address all correspondence to the District Engineer, Attention: Regulatory Branch, and refer to file number 21250 E01.

Sincerely,

Calvin C. Fong
Chief, Regulatory Branch

Enclosure

Copy furnished:

CA BCDC, S.F., CA

CF:
~~CESPN-CO-RC~~
CESPN-DE Rdg File
CESPN-CO Rdg File
CESPN-CO-R Rdg File

VARHAGEN/bl EV
CESPN-CO-RC
4-3318/248 XI-14-94
14 NOV 94

MORELAND SM.
CESPN-CO-RC

FONG SM 11/14
CESPN-CO-R