# In the United States Court of Federal Claims

| | |
|---|---|
| **RITA MOHLEN and RICHARD SKRINDE**, | |
| **Plaintiffs,** | **No. 05-1179L** |
| **v.** | **Filed: August 29, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

The court is in receipt of the defendant's August 22, 2006 motion to revise the discovery schedule with which parties agree. The court **GRANTS** the defendant's motion and **ORDERS** that discovery will close on **Tuesday, October 10, 2006**. Also conferring, the parties shall file a joint status report on or before **Monday, October 16, 2006**, confirming the completion of discovery, discussing possible settlement, and proposing a schedule for future proceedings in this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**