# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**RITA MOHLEN and RICHARD SKRINDE,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1179L**
**Filed: September 5, 2006**

## O R D E R

Plaintiffs attached to their complaint a copy of real estate license DACW05-3-00-603, but do not allege any governmental action with respect to that license. Instead, plaintiffs allege that the government's revocation of a Nationwide Permit constituted a taking. Plaintiffs, however, did not include a copy of the Nationwide Permit in their filings.

Furthermore, in reviewing the record, supplemental responses to the following questions would assist the court:

1) Plaintiffs claim that their substantial expenditures in reliance on the government's Nationwide Permit granted the plaintiffs an easement. What actions did the plaintiffs take, generating the expenditures, in reliance on the Nationwide Permit? Were the boathouse and dock present on the property when plaintiffs purchased it or did plaintiffs build the boathouse and dock?

2) Plaintiffs claim that the government's revocation of the Nationwide Permit made the presence of the boathouse and dock illegal, thereby requiring destruction of the improvements. Did the plaintiffs or the government destroy or remove the boathouse and dock? If so, when?

Plaintiffs shall provide the court with a copy of the Nationwide Permit and both parties, in individual responses, shall address the above questions on or before **Monday, September 11, 2006**.

The court **SCHEDULES** oral argument for **Tuesday, September 19, 2006, at 2:30 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Defendant's counsel shall appear in person. On or before **Monday, September 11, 2006**, plaintiffs' counsel may request to appear by telephone (call chambers at 202-357-6580), or shall appear in person. The courtroom number will be posted on the day of the conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**