
SCALE 1"=8'
LOT 133
# 3019 MARINA DR.
LOT LINE
5.88
0.91
CLEAR
3.00
EXISTING REDWOOD FENCE
0.03 CLEAR
N 49° 19' 52" 112.06
5.26
MARINE ACTIVITY AND STORAGE
ORIENTED
N 36°59' W 27.14
2.60
ROOF & EVE
4.75
UPSTAIRS BEDROOM WALLS
INSIDE FACE OF 5/8" GYPSUM BOARD
EL=8.60
EXISTING BUILDING # 3017
HOT TUB
STAIR
ORIGINAL 8" CONCRETE WALL
LOT 134
AREA 4961.2 S.F.
HOBBY SHOP 2
ORIGINAL REAR WINDOW
HOBBY SHOP (TOOL ROOM)
STAIRS
DECK
N 38°57' W 17.86
HOBBY SHOP 3
FAMILY ROOM WALLS
2.60
CHIMNEY
3.38
4.84
BAY WINDOW
BAY W.
ROOF & EVE
0.03
N 48° 40' 56" E
PROPOSED FENCE
117.73
RETAINING WALL
FENCE
EXISTING FENCE
4.86
2.27
3.51
WATER 20
R=2631.56