Indorsement upon "Maps of San Francisco Bay showing harbor lines prepared by The San Francisco Harbor Line Board 1912" and approved Jan. 20th, 1915.

WAR DEPARTMENT

Washington, June 3, 1913.

The owners of property abutting the lands included in the right of way acquired by the United States for the Oakland Tidal Canal, shown on accompanying sheet No. 5 are hereby authorized and permitted to occupy with open work non-permanent structures for wharf purposes, the portions of the strips of U. S. property fronting their respective properties and situated between pierhead and bulkhead lines approved June 20th, 1913, without special lease or charges of any kind, it being expressly understood that this permission is revocable at any time when this area may be acquired for purposes of navigation and shall not be construed as a relinquishment of the government title to the said right of way.

(s) Henry M. Breckinridge
Asst. Secretary of War.

(COPY)