ORIG'' AL

DEPARTMENT OF THE ARMY

LEASE

RIVER AND HARBOR OR FLOOD CONTROL PROPERTY

ON OAKLAND INNER HARBOR TIDAL CANAL, CA

No. DACW05-1-86-579

THIS LEASE, made between the Secretary of the Army, of the first part and the CITY OF ALAMEDA, a municipality, of the second part,

WITNESSETH:

That the Secretary of the Army, by virtue of the authority contained in Title 10, United States Code, Section 2667, and for the consideration hereinafter set forth, hereby leases to the party of the second part, hereinafter designated as the lessee, for a term of five years, beginning 1 November 86 and ending 31 October 91 but revocable at will by the Secretary of the Army, the following described property for administering the encroachment problems at Oakland Inner Harbor Tidal Canal, California, pending transfer of the fee ownership:

All that property lying within the south side of the centerline of Oakland Inner Harbor Tidal Canal, as shown in red on Exhibit "A", attached hereto and made a part hereof.

THIS LEASE is granted subject to the following conditions:

1. That in consideration of this lease, the lessee shall maintain said premises by ensuring that all encroachments, to the extent possible, comply with local and state laws and ordinances.

2. That this lease is subject to the Nationwide Permit 33 CFR Part 330 and War Department License dated June 3, 1913, granting abutting landowners the right to install non-permanent structures for wharf purposes between pierhead and bulkhead lines without special lease or charges.

3. The use and occupation of the property leased hereby shall be subject to the general supervision and approval of the officer having immediate jurisdiction over said property, hereinafter referred to as "said officer", and to such rules and regulations regarding ingress, egress, safety, sanitation, and security as may be prescribed by him from time to time.

4. That the lessee has inspected and knows the condition of the leased property, and it is understood that the same is hereby leased without any representation or warranty by the Government whatsoever, and without obligation on the part of the Government to make any alterations, repairs, or additions thereto.

5. That the lessee shall neither transfer nor assign this lease or any property on the demised premises, without permission in writing from the said officer. The lessee shall have the right to sublet to the adjoining landowners encroaching on government-owned land for purposes other than dock facilities. Copies of the subleases are to be furnished to the government as noted in Condition No. 17.

6. That the right is hereby reserved to the United States, its officers, agents, and employees to enter upon the said premises at any time and for any purpose necessary or convenient in connection with river and harbor and flood-control work, and the lessee shall have no claim for damages of any character on account thereof against the United States or any officer, agent, or employee thereof.

7. That the United States shall not be responsible for damages to property or injuries to persons which may arise from or be incident to the use and occupation of the said premises, or for damages to the property of the lessee, or for injuries to the person of the lessee (if an individual), or for damages to the property or injuries to the person of the lessee's officers, agents, servants, or employees, or others who may be on said premises at their invitation or the invitation of any one of them, arising from or incident to the flooding of the said premises by Government or flooding from any other cause, or arising from or incident to any other governmental activities; and the lessee shall hold the United States harmless from any and all such claims.

8. That any property of the United States damaged or destroyed by the lessee incident to the lessee's use and occupation of the said property shall be promptly repaired or replaced by the lessee to the satisfaction of the said officer, or in lieu of such repair or replacement the lessee shall, if so required by the said officer, pay to the United States money in an amount sufficient to compensate for the loss sustained by the United States by reason of damages to or destruction of Government property.

9. That the lessee shall comply with all applicable laws, ordinances, and regulations of the State, county, and municipality wherein the said demised premises are located, with regard to construction, sanitation, licenses or permits to do business, and all other matters.

10. That the lessee shall not construct any permanent structure on the said demised premises, and shall not construct any temporary structure or advertising sign thereon without the prior written consent of the said officer.

11. (a) That, except as other wise provided in this lease, any dispute concerning a question of fact arising under this lease which is not disposed of by agreement shall be decided by the said officer, who shall reduce his decision to writing and mail or otherwise furnish a copy thereof to the lessee. The decision of the said officer shall be final and conclusive unless, within 30 days from the date of receipt of such copy, the lessee mails or otherwise furnishes to the said officer a written appeal addressed to the Secretary of the Army. The decision of the Secretary or his duly authorized representative for the determination of such appeals shall be final and conclusive unless determined by a court of competent jurisdiction to have been fraudulent, or capricious, or arbitrary, or so grossly erroneous as necessarily to imply bad faith, or not supported by substantial evidence. In connection with any appeal proceeding under this condition, the lessee shall be afforded an opportunity to be heard and to offer evidence in support of its appeal. Pending final decision of a dispute hereunder, the lessee shall proceed diligently with the performance of the contract and in accordance with the said officer's decision.

(b) This Condition does not preclude consideration of law questions in connection with decisions provided for in paragraph (a) above: Provided, that nothing in this Condition shall be construed as making final the decision of any administrative official, representative, or board on a question of law.

12. That this lease may be terminated by the lessee at any time by giving to the Secretary of the Army, through the said officer, at least ten (10) days' notice thereof in writing.

13. That no Member of or Delegate to Congress or Resident Commissioner shall be admitted to any share or part of this lease or to any benefits to arise therefrom. Nothing herein contained shall be construed to extend to any incorporated company, if the lease be for the general benefit of such corporation or company.

14. That, except as otherwise specifically provided, any reference herein to "Division Engineer", "District Engineer" or "said officer" shall include his duly appointed successors and his authorized representatives.

15. That all notices to be given pursuant to this lease shall be addressed, if to the lessee, to the City of Alameda, Public Works Department, City Hall, Santa Clara at Oak Street, Alameda, California 94501; if to the Government, to the District Engineer, U.S. Army Engineer District, Sacramento, 650 Capitol Mall, Sacramento, California 95814 or as may from time to time otherwise be directed by the parties. Notice shall be deemed to have been duly given if and when enclosed in a properly sealed envelope, or wrapper, addressed as aforesaid and deposited postage prepaid (or, if mailed by the Government, deposited under its franking privilege) in a post office or branch post office regularly maintained by the United States Government.

16. The lessee warrants that no person or selling agency has been employed or retained to solicit or secure this lease upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the lessee for the purpose of securing business. For breach or violation of this warranty the Government shall have the right to annul this lease without liability or in its discretion to require the lessee to pay, in addition to the lease rental or consideration, the full amount of such commission, percentage, brokerage, or contingent fee.

17. That this lease is subject to a right of way for the operation and maintenance of the authorized channel (275 feet wide and 18 feet deep).

This lease is not subject to Title 10, United States Code, Section 2662.

IN WITNESS WHEREOF I have hereunto set my hand by authority of the Secretary of the Army this 31st day of October 1986.

Morgan Wheeler
MORGAN WHEELER
Chief, Real Estate Division
U. S. Army Engineer District, Sacramento

THIS LEASE is also executed by the lessee this 14th day of October, 1986.

CITY OF ALAMEDA

BY: Anne B. Diamond
TITLE: Mayor

Signed and sealed in the presence of:

Diane B. Felsch
Diane B. Felsch
City Clerk

Approved as to Form
CITY ATTORNEY

CITY OF ALAMEDA ORDINANCE NO. 2303
New Series

AUTHORIZING EXECUTION OF A LEASE WITH THE DEPARTMENT OF THE ARMY FOR A PORTION OF THE U.S.TIDAL CANAL PROPERTY

5.

WHEREAS, a form of lease has been proposed by and between ecretary of the Army, as Lessor, and the City of Alameda, as e, of certain real property lying within the south side of enterline of Oakland Inner Harbor Tidal Canal, as more cularly described in the lease entitled Department of the Lease, River and Harbor or Flood Control Property on Oakland Harbor Tidal Canal, CA, No. DACW05-1-86-579, for istering the encroachment problems at Oakland Inner Harbor Canal pending transfer of the fee ownership; and

WHEREAS, said form of lease has been duly filed in the e of the City Clerk on August 19, 1986; and

WHEREAS, the Council of the City of Alameda is informed vare of the contents of said lease;

NOW, THEREFORE, BE IT ORDAINED by the Council of the of Alameda as follows:

Section 1. That the form of lease referred to above, and erms, covenants agreements and provisions thereof be, and ame are hereby approved.

Section 2. That the Mayor of the City of Alameda is authorized to execute, for and on behalf of the City, that n lease by and between the Secretary of the Army, as , and the City of Alameda, as Lessee, relating to certain roperty within the Oakland Inner Harbor Tidal Canal, and ty Clerk is hereby directed to attest to same.

Section 3. This ordinance shall be in full force and from and after the expiration of thirty (30) days from the f its final passage.

Anne B. Diament
Presiding Officer of the Council

:

Diane Felsch
lerk

* * * * * *