CITY OF ALAMEDA ORDINANCE NO. 2303
New Series

AUTHORIZING EXECUTION OF A LEASE WITH THE DEPARTMENT OF THE ARMY FOR A PORTION OF THE U.S.TIDAL CANAL PROPERTY

5.

WHEREAS, a form of lease has been proposed by and between Secretary of the Army, as Lessor, and the City of Alameda, as see, of certain real property lying within the south side of centerline of Oakland Inner Harbor Tidal Canal, as more ticularly described in the lease entitled Department of the y Lease, River and Harbor or Flood Control Property on Oakland er Harbor Tidal Canal, CA, No. DACW05-1-86-579, for inistering the encroachment problems at Oakland Inner Harbor al Canal pending transfer of the fee ownership; and

WHEREAS, said form of lease has been duly filed in the ice of the City Clerk on August 19, 1986; and

WHEREAS, the Council of the City of Alameda is informed aware of the contents of said lease;

NOW, THEREFORE, BE IT ORDAINED by the Council of the of Alameda as follows:

Section 1. That the form of lease referred to above, and terms, covenants agreements and provisions thereof be, and same are hereby approved.

Section 2. That the Mayor of the City of Alameda is by authorized to execute, for and on behalf of the City, that ain lease by and between the Secretary of the Army, as or, and the City of Alameda, as Lessee, relating to certain property within the Oakland Inner Harbor Tidal Canal, and City Clerk is hereby directed to attest to same.

Section 3. This ordinance shall be in full force and ct from and after the expiration of thirty (30) days from the of its final passage.

Anne B. Diament
Presiding Officer of the Council

st:

Diane Felsch
Clerk

* * * * * *