# CITY OF ALAMEDA • CALIFORNIA

CITY HALL • SANTA CLARA AT OAK STREET 94501 • (415) 522-4100

PUBLIC WORKS DEPARTMENT

## INTER AGENCY AUTHORIZATION

JOB ADDRESS: 3017 Marina Drive

JOB DESCRIPTION: Dock Deck Repair

OWNER'S NAME: Rita Mahle

OWNER'S ADDRESS: 3017 Marina Drive

CITY, STATE & ZIP: Alameda CA 94501

OWNER'S PHONE: 510 522-1789

APPLICANT'S NAME: Same as Above

APPLICANT'S ADDRESS: " "

APPLICANT'S PHONE: " "

I UNDERSTAND THAT I MAY HAVE TO OBTAIN A SAN FRANCISCO BAY CONSERVATION AND DEVELOPMENT COMMISSION PERMIT AND/OR A PERMIT FROM THE CORPS OF ENGINEERS PRIOR TO MY BUILDING PERMIT BEING FINALIZED.

I UNDERSTAND THAT THE ABOVE AGENCIES MAY NOT APPROVE MY APPLICATION AND THAT ANY WORK COMPLETED WITHOUT OBTAINING NECESSARY PERMITS FROM THOSE AGENCIES, IF REQUIRED, IS DONE AT MY OWN RISK. I, FURTHER AGREE TO REMOVE ALL WORK NOT AUTHORIZED BY THESE AGENCIES.

Rita Mahle
SIGNATURE OF OWNER

11/28/94
DATE

INFORMATION FOR THESE PERMITS CAN BE OBTAINED FROM THE BCDC (557-3686) AND THE CORPS OF ENGINEERS (974-0418).