**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
211 MAIN STREET
SAN FRANCISCO, CALIFORNIA 94105-1905

REPLY TO
ATTENTION OF:

NOV 16 1994

Construction-Operations Division (1145b)
Regulatory Branch

Subject: File Number 21250 E01

Rita Mohlen
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohler:

This is in reference to your submittal of October 28, 1994 concerning Department of the Army authorization to perform repair work on a residential pier that will not alter its current configuration. The pier extends into the U.S. Tidal Canal in Alameda, California.

Based on the application materials you submitted on October 28, 1994, we have determined that this activity qualifies for nationwide permit authorization for repair and replacement of an existing serviceable structure, (33 CFR Part 330, Appendix A, (B), (3)), pursuant to Section 10 of the Rivers and Harbor Act of 1899 (33 U.S.C. 403), but is denied without prejudice until state authorization has been obtained.

The proposed activity shall be authorized only after your receipt of a coastal zone consistency concurrence from the San Francisco Bay Conservation and Development Commission (BCDC). Any special conditions included in that concurrence shall be considered an integral part of our issued nationwide permit and will automatically become effective when you receive notification from them. Please send us a copy of the BCDC authorization to validate our authorization. No further correspondence will be forthcoming from this office.

This letter confirming that your activity qualifies for a nationwide permit is valid for two (2) years or until the nationwide permit is modified, reissued or revoked. All nationwide permits are scheduled to be modified, reissued or revoked prior to 22 January 1997. It is your obligation to remain informed of changes to the nationwide permits. We will issue a public notice announcing the changes when they occur. Furthermore, if you commence or are under contract to commence this activity before the date the nationwide permit is modified or revoked, you will have twelve months from the date of the modification or revocation to complete the activity under the present conditions of this nationwide permit.

All conditions cited in Enclosure 1 must be followed, for the nationwide permit to remain valid.

Please note that your non-compliance with any condition or requirement of this letter could cancel the nationwide permit authorization for your activity, and you may be required to obtain an individual permit.

The coverage of your activity by a nationwide Department of the Army permit does not eliminate the requirement to obtain other necessary State or local approval. If you have questions, please call Liz Varnhagen of our Regulatory Branch at 415-744-3318 Ext. 248. If you wish to write, please address all correspondence to the District Engineer, Attention: Regulatory Branch, and refer to file number 21250 E01.

Sincerely,

Calvin C. Fong
Chief, Regulatory Branch

Enclosure

Copy furnished:

CA BCDC, S.F., CA

CF:
~~CESPN-CO-RC~~
CESPN-DE Rdg File
CESPN-CO Rdg File
CESPN-CO-R Rdg File

VARHAGEN/bl EV
CESPN-CO-RC
4-3318/248 XI-14-94
14 NOV 94

MORELAND BM.
CESPN-CO-RC

FONG BM 11/14
CESPN-CO-R

 21250

**APPLICATION FOR DEPARTMENT OF THE ARMY PERMIT**
*(33 CFR 325)*

OMB APPROVAL NO. 0710-003
Expires October 1996

Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Service Directorate of InformationOperations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302; and to the Office of Management and Budget, Paperwork Reduction Project (0710-0003), Washington, DC 20503. Please DO NO RETURN your form to either of those addresses. Completed applications must be submitted to the District Engineer having jurisdiction over the location of the proposed activity.

**PRIVACY ACT STATEMENT**

Authority: 33 USC 401, Section 10; 1413, Section 404. Principal Purpose: These laws require permits authorizing activities in, or affecting, navigable waters of the United States, the discharge of dredged or fill material into waters of the United States, and the transportation of dredged material for the purpose of dumping it into ocean waters. Routine Uses: Information provided on this form will be used in evaluating the application for a permit. Disclosure: Disclosure of requested information is voluntary. If information is not provided, however, the permit application cannot be processed nor can a permit be issued.

One set of original drawings or good reproducible copies which show the location and character of the proposed activity must be attached to this application (see sample drawings and instructions) and be submitted to the District Engineer having jurisdiction over the location of the proposed activity. An application that is not completed in full will be returned.

*(ITEMS 1 THRU 4 TO BE FILLED BY THE CORPS)*

| 1. APPLICATION NO. | 2. FIELD OFFICE CODE | 3. DATE RECEIVED | 4. DATE APPLICATION COMPLETED |
|---|---|---|---|
| 21250 E01 | | Oct 28, 1994 | |

*(ITEMS BELOW TO BE FILLED BY APPLICANT)*

5. APPLICANT'S NAME
Rita Mohlen

8. AUTHORIZED AGENT'S NAME AND TITLE *(an agent is not required)*
Richard Skrinde

6. APPLICANT'S ADDRESS
3017 Marina Dr.
Alameda, CA 94501

9. AGENT'S ADDRESS
SAME

7. APPLICANT'S PHONE NOS. W/AREA CODE
a. Residence 510 769 0382
b. Business SAME

10. AGENT'S PHONE NOS. W/AREA CODE
a. Residence 510 522 1789
b. Business SAME

11. **STATEMENT OF AUTHORIZATION**

I hereby authorize, Richard Skrinde to act in my behalf as my agent in the processing of this application and to furnish, upon request, supplemental information in support of this permit application.

X [signature] 10-25-94

APPLICANT'S SIGNATURE DATE

**NAME, LOCATION AND DESCRIPTION OF PROJECT OR ACTIVITY**

12. PROJECT NAME OR TITLE *(see instructions)*
3017 MARINA DRIVE / RESIDENTIAL DOCK REPAIR

13. NAME OF WATERBODY, IF KNOWN *(if applicable)*
US TIDAL CANAL

14. PROJECT STREET ADDRESS *(if applicable)*
3017 MARINA DR
Alameda, CA 94501

15. LOCATION OF PROJECT
ALAMEDA CA
COUNTY STATE

16. OTHER LOCATION DESCRIPTIONS, IF KNOWN, *(see instructions)*
LOT 185 TRACT 256

7. DIRECTIONS TO THE SITE
LOCATED WEST SIDE TIDAL CANAL BETWEEN HIGH ST. & MILLER SWEENY BRIDGES


MARINA DRIVE
FRONT
PROPERTY LINE
EXISTING PAVEMENT
EXISTING BUILDING
EXISTING UPPER DECK
EXISTING RETAINING WALL
EXISTING BOATHOUSE
EXISTING PILES (TYP)
EXISTING DECK
HANDRAILS
RAILING
EXISTING BOATSHED
EXISTING RAMP
EXISTING FLOATING DOCK
SECURE WITH PILING
REPLACE WITH:
1. 5/4"x6" PRESSURE TREATED DECKING
2. 2"x12"x16' PT. FR. JOISTS 16" O.C.
3. 4"x12"x16' PT. FR. HEADERS
4. RAILINGS & STAIRS - UBC 1991 COMPLIANCE
5. INSPECT - JACKET OR REPLACE PILES AS NEEDED
6. REPAIR BOATSHED ROOF
PROPOSED WORK
STORM PILE
REAR
OPEN SPACE TO ESTUARY
PLAN
SCALE: 1/8" = 1'-0"
NORTHWEST ELEVATION
SCALE: 1/8" = 1'-0"
OUTSIDE STEPS (TYP)
EXISTING DECK
EXISTING BOATHOUSE
EXISTING BOATSHED
REPLACE EXISTING DECKING
4x12 (TYP)
EXISTING PILING (TYP)
2x12 - 16" O.C.
EXISTING SHORELINE
PIERHEAD BULKHEAD LINE
NAVIGATION CHANNEL LINE
HIGH TIDE
LOW TIDE
US ARMY CORPS
ALL REPAIRS TO MEET UBC 1991
LOT PLAN
3017 MARINA DR.
LOT 185
TRACT 256
TIDAL CANAL
MARINA DRIVE
DOCK REPAIR
3017 MARINA DRIVE
LOT 185 / TRACT 256
SCALE: 1/8" = 1'
DATE: 10/25/94
DRAWN BY: SKRINDE
PROPERTY OWNER: RITA MOHLEN
44'-0"
12'-0"
22'-0"
11'-0"
101'-2"
111'-2"
30'
26'
15'