CITY OF ALAMEDA • CALIFORNIA
CITY HALL • SANTA CLARA AT OAK STREET 94501 • (415) 522-4100

PUBLIC WORKS DEPARTMENT

# CITY LEASE COMMITMENT

JOB ADDRESS: 3017 Marina Dr.
JOB DESCRIPTION: Deck repair
OWNER'S NAME: Rita Midelin
OWNER'S ADDRESS: 3017 Marina Dr.
CITY, STATE & ZIP: Alameda CA 94501
OWNER'S PHONE: 510 522-1789
APPLICANT'S NAME: Rita Midelin
APPLICANT'S ADDRESS: 3017 Marina Dr.
APPLICANT'S PHONE: 510 522-1789

I UNDERSTAND THAT I MUST OBTAIN A CITY OF ALAMEDA LEASE FOR ALL PROPERTY NOT HELD IN FEE SIMPLE INTEREST BY MYSELF. IN MOST CASES THE PROPERTY TO BE LEASED INCLUDES THAT PROPERTY BETWEEN THE U.S. PIERHEAD/BULKHEAD LINE AND THE U.S. CHANNEL LINE. THESE LEASES COVER LANDS PRESENTLY BEING SUBDIVIDED UNDER TENTATIVE MAPS - TRACT 5934, 5935, AND 5936. IT IS ESTIMATED THESE LEASES WILL BE AVAILABLE THE LATTER PART OF 1989.

Rita Midelin
SIGNATURE OF OWNER
Richard Midelin

11/28/97
DATE

INFORMATION FOR THESE LEASES CAN BE OBTAINED FROM THE PUBLIC WORKS DEPARTMENT, PUBLIC WORKS COORDINATOR (748-4552).