DEPARTMENT OF THE ARMY
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

JUN 20 2002

REPLY TO

Regulatory Branch

SUBJECT: File Number 26840S

Ms. Rita Mohlen
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohlen:

This letter is in reference to the submittals on your behalf by Richard Skrinde of April 10 and May 17, 2002, concerning Department of the Army authorization to make recommended safety issue repairs to a residential dock on Corps property in the Oakland Inner Harbor Tidal Canal. The site is located behind 3017 Marina Drive in the City and County of Alameda, California. Authorized repairs activities include replacing and relocating the floating dock and associated gangway, relocating two piles and adding one new pile, replacing and adding handrails, replacing the windbreak to the boathouse roof, and moving the weather partition from the boathouse.

Based on a review of the information you submitted, your project qualifies for authorization under Department of the Army Nationwide Permit 3(i), Maintenance, (67 FR 2020, January 15, 2002), pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S. Code 403). See Enclosure 1. All work must be accomplished in accordance with the three drawings submitted with the May 17, 2002, application package.

The project must be in compliance with the General Conditions cited in Enclosure 2 for this Nationwide Permit authorization to remain valid. **Upon completion of the project and all associated mitigation requirements, you shall sign and return the Certification of Compliance**, Enclosure 3, verifying that you have complied with the terms and conditions of the permit. Non-compliance with any condition could result in the revocation, suspension or modification of the authorization for your project, thereby requiring you to obtain an individual permit from the Corps. This Nationwide Permit authorization does not obviate the need to obtain other State or local approvals required by law.

This authorization will remain valid for two years from the date of this letter unless the Nationwide Permit is modified, suspended or revoked. If you have commenced work or are under contract to commence work prior to the suspension, or revocation of the Nationwide Permit and the project would not comply with the resulting Nationwide Permit authorization, you have twelve (12) months from that date to complete the project under the present terms and conditions of the Nationwide Permit.

This authorization will not be effective until you have obtained Section 401 water quality certification or a waiver of certification from the San Francisco Bay Regional Water Quality Control Board (RWQCB), and a concurrence from the San Francisco Bay Conservation and Development Commission (BCDC) with your certification that your project will comply with California's Coastal Zone Management Act. If the RWQCB fails to act on a valid request for certification within two (2) months after receipt, the Corps will presume a waiver of water quality certification has been obtained. You shall submit a copy of the water quality certification or waiver to the Corps prior to the commencement of work. A copy of the BCDC concurrence (NOI 00-22 dated October 25, 2000) has already been provided.

To ensure compliance with the Nationwide Permit, the following special conditions shall be implemented:

1. Your work is on Corps owned property and must be accomplished as outlined in License No. DACW05-3-00-603 dated October 13, 2000.

2. You must provide notification to this office of when work on this project is started and completed. A final summary report, including before and after photographs, shall be sent this office within 45 days of project completion.

You may refer all questions to Ed Wylie of our Regulatory Branch at 415-977-8464. All correspondence should reference the file number 26840S.

Sincerely,

Edward A. Wylie for
Chief - South Section

Enclosures

Copy Furnished (w/o enclosures):

Richard Skrinde, Alameda, CA
US EPA, San Francisco, CA
US F&WS, Sacramento, CA

CA RWQCB, Oakland, CA
CA DFG, Yountville, CA
CA BCDC, San Francisco, CA