Skrivale -
Army Corp
of Engineers

AMENDMENT No. 1
TO
DEPARTMENT OF THE ARMY
LICENSE NO. DACW05-3-00-603
OAKLAND INNER HARBOR TIDAL CANAL
ALAMEDA COUNTY, CALIFORNIA

Department of the Army License No. DACW05-3-00-603, granting permission to Rita I.A. Mohlen, to maintain and repair an existing pier, boathouse, boat hoist and floating dock within the contiguous Oakland Inner Harbor Tidal Canal, is hereby amended, effective 3 September 2003, in the following particular:

1. Said license is amended to delete Exhibit "A", which is attached to and made a part of the original license. Exhibit "B" is the replacement exhibit and is attached hereto and made a part hereof as the now licensed structure.

Said license is amended in the above particular only, and all other conditions thereof shall remain binding and in full force and effect. This amendment shall henceforth be considered a part of said license as if fully and completely written therein.

**IN WITNESS WHEREOF,** I have hereunto set my hand by authority of the Secretary of the Army, this 16 day of September 2003.

By: [signature]
for MARVIN D. F[illegible]ER
Chief, Re[illegible] Division
U.S. Army Engineer District, Sacramento

**REVIEWED AS TO FORM AND CONTENT:**
[signature]
**ATTORNEY**

This Amendment No. 1 is hereby accepted by the grantee this ____ day of __________ 2003.

By: [signature] 9/5/03
Rita I.A. Mohlen


PROPERTY OF THE ARCHITECT AND SHALL NOT BE USED FOR OTHER WORK WITHOUT THE WRITTEN CONSENT OF THE ARCHITECT.
PROPERTY LINE
NEW WALL & PARAPET
BOAT HOUSE
WS
HANDRAIL
DECK
27.14
(DOTTED)
UP 5R
(E) HOT TUB
DECK
STEPS DN.
DECK
PROPERTY LINE
17.80
WS=WINDSCRE
HANDRAIL
WS
UP
UP
PROPERTY LINE
EXHIBIT B
PLAN (PARTIAL)
PROPOSED FLOATING DOCK
REV 8/25/03
DRAIL LOCATIONS
ENDED DRAWING
FILE # 268405
T. NORTH
ASSUMED NORTH
DATE 10/15/02
DRAWN BY VLC
CHECKED BY C
1/8" = 1'
PROJECT NO.




ITALO CALFRESTRI III, AIA
ARCHITECT & ASSOCIATES
Architecture . Planning
Bank of America Building
1504 Park St. Suite 1
Alameda CA 94501
Tel: (510) 522 6769
Fax: (510) 521 1477

PROJECT
SKRINDE MOLLEN
RESIDENCE
3017 MARINA DR.
ALAMEDA, CA