DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, SACRAMENTO
CORPS OF ENGINEERS
1325 J STREET
SACRAMENTO, CALIFORNIA 95814-2922

REPLY TO
ATTENTION OF

September 17 2003

Management & Disposal Branch

Subject: Oakland Inner Harbor Tidal Canal (OIHTC), Alameda, CA; License No. DACW05-3-00-603

Ms. Rita Mohlen
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohlen:

Enclosed for your record is a fully executed Amendment No. 1 to subject license that deletes Exhibit A and replaces it with Exhibit B, which is attached to the enclosed amendment.

If you have any questions, please call Mr. Ed Aguirre, of my staff, at (916) 557-6875 or 6815.

Sincerely,

Penny Caldwell

Penny Caldwell
Acting Chief, Management & Disposal Branch

# AMENDMENT No. 1
# TO
# DEPARTMENT OF THE ARMY
# LICENSE NO. DACW05-3-00-603
# OAKLAND INNER HARBOR TIDAL CANAL
# ALAMEDA COUNTY, CALIFORNIA

Department of the Army License No. DACW05-3-00-603, granting permission to Rita I.A. Mohlen, to maintain and repair an existing pier, boathouse, boat hoist and floating dock within the contiguous Oakland Inner Harbor Tidal Canal, is hereby amended, effective 3 September 2003, in the following particular:

1. Said license is amended to delete Exhibit "A", which is attached to and made a part of the original license. Exhibit "B" is the replacement exhibit and is attached hereto and made a part hereof as the now licensed structure.

Said license is amended in the above particular only, and all other conditions thereof shall remain binding and in full force and effect. This amendment shall henceforth be considered a part of said license as if fully and completely written therein.

**IN WITNESS WHEREOF,** I have hereunto set my hand by authority of the Secretary of the Army, this 16 day of September 2003.

By: Sharon Caine

MARVIN D. FISHER
Chief, Real Estate Division
U.S. Army Engineer District, Sacramento

REVIEWED AS TO FORM AND CONTENT:
William S. Moore
ATTORNEY

This Amendment No. 1 is hereby accepted by the grantee this ____day of __________2003.

By: Rita I.A. Mohlen 9/5/03
Rita I.A. Mohlen


EXHIBIT B
SITE PLAN (PARTIAL)
A1
SHOWING PROPOSED FLOATING DOCK AND HANDRAIL LOCATIONS
REV 8/25/03
AMENDED DRAWING
FILE # 26840S
BOAT HOUSE
BOAT SHED
DECK
STEPS DN.
HANDRAIL
(E) GANGWAY (DOTTED)
PROPERTY LINE
NEW WALL & PARAPET
WS = WINDSCREEN
PROPOSED FLOATING DOCK
NEW PILING
NEW PILING LOCATION
95'-0"
48'
OAKLAND ESTUARY
USACE REAL ESTATE LICENSE DACW 05-3-00-603
ASSUMED NORTH
1666