**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

Regulatory Branch (1145b) MAY 06 2004

SUBJECT: File Number 26840S

Ms. Rita Mohlen
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohlen:

This letter is in reference to your Nationwide Permit (NWP) authorization dated June 20, 2002, and subsequently clarified in our letter dated September 4, 2003, to conduct repairs to a residential dock. The dock is located on Federal property managed by the Corps of Engineers within the Oakland Inner Harbor Tidal Canal (OIHTC) behind your residence at 3017 Marina Drive in the City and County of Alameda, California.

Your NWP authorization referenced above is hereby **suspended**. Since we haven't received notification in accordance with Special Condition #2 that you have started work, you are not to initiate any work on this project. If construction has already started without notifying us, then you must **stop work** immediately. This suspension is necessary to re-evaluate your project in relation to the requirements of NWP 3(i) Maintenance (attached). Specifically, the project appears not to be a repair, but rather the complete reconfiguration of the current dock increasing its footprint significantly. NWP 3(i) allows only "Minor deviations in the structure's configuration or filled area ....".

Furthermore, should we decide to authorize your proposed repairs after our re-evaluation, we will need to consult with the National Marine Fisheries Service (NMFS) as required by the Endangered Species Act, regarding the impacts that pile driving at your location will have on anadromous fish species and Essential Fish Habitat (EFH) prior to reinstating the old permit or issuing a new permit. Pile driving in the Bay has become a major concern of the NMFS since your project was originally authorized.

A third issue associated with your permit is how far your current (31 feet) and now proposed (45 feet) dock extend beyond the pierhead line (i.e., the bulkhead line or property line plus 50 feet) of the OIHTC. This aberration in the footprint of structures currently existing on Federal property has the potential to initiate another piecemeal movement further into the Canal by adjacent property owners (whether authorized or not). This is not in keeping with the intent of our moratorium on new construction announced in our letter of December 18, 2000 (attached). For clarification the Corps considers a repair to a structure on Federal property within the OIHTC to be restricted to a one-for-one replacement of a currently serviceable (i.e., currently useable as-is for its intended purpose, and not so degraded as to essentially require reconstruction) structure such that it does not change the footprint, purpose or location of that structure.

This action is being taken pursuant to 33 CFR Part 330.5(d). You have ten (10) days from receipt of this notice of suspension to request a meeting with me, or my representative, to present information on this matter. After completion of this meeting, if requested, or 10 days, I will take action to reinstate, modify or revoke your authorization.

Should you have any questions regarding this matter, please call Ed Wylie of our Regulatory Branch at 415-977-8464. Please address all correspondence to the Regulatory Branch and refer to the File Number at the head of this letter.

Sincerely,

ORIGINAL SIGNED
BY
CHIEF, CON-OPS DIVISION
FOR

Michael McCormick
Lieutenant Colonel, U.S. Army
Commander

Enclosures

Copy Furnished:
SF BCDC, San Francisco, CA
US CG, Alameda, CA
US EPA, San Francisco, CA
US NMFS, Santa Rosa, CA
CA RWQCB, Oakland, CA
Mr. Richard Skrinde
City of Alameda, Alameda, CA