**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

AUG 19 2004

Regulatory Branch

SUBJECT: File Number 26840S

Mr. Laurence F. Padway, Esq.
1516 Oak Street, #109
Alameda, CA 94501

Dear Mr. Padway:

The U.S. Army Corps of Engineers, San Francisco District ("District") notified your clients, Rita Mohlen and Richard Skrinde, in May 2004 that the District had suspended their permit authorization to repair a residential dock behind their residence at 3017 Marina Drive in the City and County of Alameda, California. The District met with you and Mr. Skrinde on July 14, 2004, to discuss the suspension of the permit authorization.

Now, in consideration of the factors enumerated in 33 C.F.R. section 330.5(d) (2004) "Issuing, modifying, suspending, or revoking nationwide permits and authorizations," the District hereby **revokes** its previous permit authorization.

The District Engineer is required to conduct a public interest review in evaluating all permit applications pursuant to 33 C.F.R. section 320.4(a) (2004). The public interest review is based on an evaluation of the probable impacts, including cumulative impacts, of the proposed activity and its intended use on the public interest. Among the factors, the District Engineer has evaluated issues related to economics, land use, navigation and the environment. As such, the balance of interests weighs in favor of revoking the permit.

In view of the fact that we have new information on several of the factors relevant to the public interest review including, but not limited to, cumulative impacts, we are required to revisit our previous decisions regarding the verification that Mr. Skrinde's activity would qualify for a Nationwide Permit (NWP) 3. Most significantly in this regard, it is clear that Mr. Skrinde's proposed project exceeds the parameters of NWP 3, titled "Maintenance." Rather than a "[m]inor deviation[] in [a] structure's configuration," the proposed project would result in the complete reconfiguration of the current dock resulting in a significant increase in the dock's footprint.

Significant, too, is Mr. Skrinde's current non-compliance with the terms of his real-estate license (DACW05-3-00-603). Section 6 of this license requires that the "grantee . . . comply with all applicable Federal, state, county and municipal laws, ordinances and regulations wherein the premises is located." The City of Alameda recently informed the District that the property at 3017 Marina Drive currently carries numerous California building code violations.

Next, circumstances have changed since the District first indicated in October 2000 that Mr. Skrinde could proceed with construction. The District's current moratorium on new construction within the Oakland Inner Harbor Tidal Canal ("Canal") weighed heavily against Mr. Skrinde's proposed activity, in that a more detailed analysis of his construction plans determined that the cumulative impacts are greater than originally contemplated. In light of the District's vigorous negotiations with the cities of Oakland and Alameda regarding the eventual transfer of Federally owned land to the respective cities, the moratorium is necessary to allow time for the District to work collaboratively with other resource agencies in crafting a Waterfront Management Plan that would also satisfy the long-term planning objectives of the cities of Oakland and Alameda.

Furthermore, Mr. Skrinde's current dock already extends much further into the Canal than virtually every other dock on the Alameda side of the Canal. The proposed plan would have added significantly to the size of this aberration. The interest of ensuring navigation safety, therefore, weighed against Mr. Skrinde's plan.

The District also recently received an objection from a neighboring property owner, who alleged that construction of Mr. Skrinde's proposed dock would impede access to his dock.

On balance, therefore, the public-interest factors identified above outweigh Mr. Skrinde's personal interest in expanding the size of his dock several dozen feet into the Canal.

Despite the revocation of our previous permit authorization, the District invites Mr. Skrinde to apply for a permit that adheres to the moratorium on new construction.

Should you have any questions regarding this matter, please call Jason Tarasek, assistant district counsel, at 415-977-8125. Please address all correspondence to the Regulatory Branch and refer to the File Number at the head of this letter.

Sincerely,

for Mike Dillabaugh

Philip T. Feir
Lieutenant Colonel, U.S. Army
Commanding

Copy Furnished:
Ms. Rita Mohlen, 3017 Marina Dr.; Alameda CA 94501
City of Alameda, Attn: Jerry L. Cormack, Development Review Manager
Bay Conservation and Development Commission, San Francisco, CA