DEPARTMENT OF THE ARMY
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET ST.
SAN FRANCISCO, CALIFORNIA 94105-2197

December 4, 2000

Office Of Counsel

Property Owner:

The US Army Corps of Engineers (USACE) is the Federal agency charged with overseeing, managing, and protecting the navigable waterways of the United States. The Oakland Inner Harbor Tidal Canal (Canal) is one of these.

Many private property parcels along Marina Drive, Fernside Boulevard, and other roads and streets in Alameda and Oakland, California, which abut the Canal, have docks or other structures built out into the Canal as an extension of the private property. In accordance with Federal law, that construction must be approved by a permitting and licensing process from the USACE, following necessary coordination with appropriate local agencies.

This letter is notification that the USACE is evaluating the private use of the Canal and is establishing further guidelines governing that use. This is expected to take approximately one year. At the conclusion of the review, existing structures will be considered and a permitting and/or licensing process will be instituted in accordance with criteria established by all agencies with responsibility for the Canal.

Furthermore, during this period, the USACE will neither accept nor process requests for regulatory permits, for real estate licenses for existing structures, or for repair or new work to existing structures or to start new construction. No such actions are authorized. (However, exceptions may be granted upon written request to the USACE to do remedial work if an existing structure is in such disrepair that it is or may become unsafe or a hazard to adjacent property or navigation.) This letter is notice that unapproved construction risks penalties imposed by the various agencies having responsibility for the Canal.

If you have any questions regarding this notice, please contact Mr. John Eft at (415) 977-8646.

Sincerely,

Timothy S. O'Rourke
Lieutenant Colonel, Corps of Engineers
District Engineer

DEPARTMENT OF THE ARMY
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

REPLY TO
ATTENTION OF:

DEC 18 2000

Office Of Counsel

Property Owner:

The U.S. Army Corps of Engineers (USACE) is the Federal agency charged with overseeing, managing, and protecting the navigable waterways of the United States. The Oakland Inner Harbor Tidal Canal (Canal) is one of these.

Many private property parcels along Marina Drive, Fernside Boulevard, and other roads and streets in Alameda and Oakland, California, which abut the Canal, have docks or other structures built out into the Canal as an extension of that private property. In some cases, those structures encroach into the Federal property limits. In accordance with Federal law, that construction must be approved by a permitting and licensing process from the USACE, following necessary coordination with appropriate local agencies.

This letter is notification that the USACE is evaluating the private use of the Canal and is establishing further guidelines governing that use. This is expected to take approximately one year and will include opportunities for community input during the process. At the conclusion of the review, existing structures will be considered and a permitting and/or licensing process will be instituted in accordance with criteria established by all agencies with responsibility for the Canal.

During this interim period, the USACE will neither accept nor process requests for regulatory permits, for real estate licenses for existing structures, or for repair or new work to existing structures or to start new construction. No such actions are authorized. (However, exceptions may be granted upon written request to the USACE to do remedial work if an existing structure is in such disrepair that it is or may become unsafe or a hazard to adjacent property or navigation.) This letter is notice that unapproved construction risks penalties imposed by the various agencies having responsibility for the Canal.

DEPARTMENT OF THE ARMY
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

REPLY TO
ATTENTION OF

December 11, 2003

Executive Office

Dear Property Owner:

The U.S. Army Corps of Engineers (USACE) is the Federal agency charged with overseeing, managing, and protecting the navigable waterways of the United States. The Oakland Inner Harbor Tidal Canal (Canal) is one of these waterways.

Many private property parcels along Marina Drive, Fernside Boulevard, and other roads and streets in Alameda and Oakland, which abut the Canal, have docks or other structures that encroach upon Federal property – both upon *terra firma* and extending over the Canal. In accordance with Federal law, any construction on Federal property must be approved by a permitting and licensing process by USACE, following necessary coordination with appropriate local agencies.

This letter serves as notification that USACE is currently evaluating the private use of the Canal and is establishing further guidelines governing that use. At this time, therefore, USACE will neither accept nor process requests for regulatory permits, real estate licenses for existing structures, or for repair or new work to existing structures or to start new construction. No such actions are authorized. Exceptions may be granted, however, upon written request to USACE to do remedial work if an existing structure is in such disrepair that it is or may become unsafe or hazardous to adjacent property or navigation. This letter is notice that unapproved construction risk penalties imposed by USACE and other agencies that share responsibility for the Canal.

If you have any questions regarding this notice, please contact Mr. Mike Dillabough at (415) 859-1648.

Sincerely,

Michael McCormick
LTC, U.S. Army
Commanding

**DEPARTMENT OF THE ARMY**
**SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS**
**333 MARKET STREET**
**SAN FRANCISCO, CALIFORNIA 94105-2197**

REPLY TO
ATTENTION OF

June 24, 2004

CERTIFIED MAIL

Executive Office

MOHLEN RITA
3017 MARINA DR
ALAMEDA CA 94501

Re: APN Number 069-0130-251-00

Dear Property Owner:

The U.S. Army Corps of Engineers ("USACE") is the Federal agency charged with overseeing, managing, and protecting the navigable waterways of the United States. The Oakland Inner Harbor Tidal Canal ("Tidal Canal") is one of these waterways. Additionally, the Tidal Canal (and land lining the canal) is unique because the Federal government owns the property.

Many private property parcels along Marina Drive, Fernside Boulevard, and other roads and streets in Alameda and Oakland abutting the Tidal Canal have docks or other structures (both upon *terra firma* and within the canal) that encroach upon Federal property. In accordance with Federal law, any construction on Federal property must be approved by USACE through a permitting and licensing process.

This letter serves as notification that USACE is currently evaluating the private use of the Canal and establishing further guidelines governing that use. At this time, therefore, USACE will not issue: (1) regulatory permits for repair; (2) regulatory permits for new work to existing structures; (3) regulatory permits to start new construction; or (4) new real estate licenses. Exceptions may be granted, however, upon written request to repair an existing structure that is in such disrepair that it is – or may soon become – hazardous. In this context, USACE considers "repair" as a one-for-one replacement of a currently serviceable structure such that it does not change the structure's footprint, purpose, or location. "Currently serviceable" refers to a structure that is currently fit for its intended purpose and not so degraded as to essentially require reconstruction.

This letter is notice that unapproved construction on or over Federally owned land risks penalties imposed by Federal Law. This letter supercedes and clarifies our letters on the same subject dated December 18, 2000 and December 11, 2003. USACE reserves the right to order complete removal of any structure on federal land at any time; USACE may require that a truly unserviceable/hazardous structure be immediately removed from Federal property.

If you have any questions regarding this notice, please contact Mike Dillabough at (415) 859-1648.

Sincerely,

Michael McCormick
Lieutenant Colonel, U.S. Army
Commanding