**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, U.S. ARMY CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

SUBJECT: File Number 26840S SEP 0 9 2004

Ms. Rita Mohlen
3017 Marina Drive
Alameda, California 94501

Dear Ms. Mohlen:

We have discovered an unauthorized activity involving the replacement of a boat dock in the Oakland Inner Harbor Tidal Canal behind your property located at 3017 Marina Drive in the City and County of Alameda, California.

Inspections conducted by personnel from this office on August 17 and 27, 2004, confirmed this unauthorized activity on Federal property and in our jurisdiction. The Corps of Engineers requires authorization under Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. Section 403) for work conducted below mean high water (MHW) line in navigable waters of the U.S. As stated in our letter to you dated May 6, 2004, your Corps authorization for similar work was suspended and ultimately revoked in our letter to your attorney dated August 19, 2004.

You are hereby directed to **CEASE AND DESIST** immediately from further activity in our jurisdiction.

Our regulations (33 C.F.R. section 326.3) state that when the District Engineer becomes aware of any unauthorized work, he should commence an immediate investigation to determine the appropriate administrative and/or legal action to be taken. Legal action could include either civil or criminal proceedings and might result in a court directing the removal of existing material or structures.

Section 12 of the Rivers and Harbors Act of 1899 (33 U.S.C. Section 406) provides that persons or corporations convicted of violating Section 10 will be fined between $500 and $2,500 or imprisoned for up to one year in jail, or both. Section 12 also authorizes the court to enforce removal of any illegal structure or materials when such removal is considered appropriate. Further, in accordance with the Alternative Fines Act (18 U.S.C. Section 3571) criminal penalties may be imposed up to $100,000 in fines for individuals (up to $200,000 in fines for corporations).

Our Office of Counsel has recommended that no legal action be initiated at this time. However, it is necessary that you apply for after-the-fact authorization for the boat dock re-construction within 15 calendar days from the date of receipt of this letter. A pamphlet is enclosed to aid you in your application. You are also requested to provide this office, within 15 calendar days from the date of receipt of this letter, with information showing the history of your activity. A questionnaire is enclosed to guide you in your submittal of the information. You are also advised that the information provided on this questionnaire may be used against you in any subsequent legal action.

It is further requested that you allow Corps of Engineers inspectors free access to the property referenced above. If you have any questions, please call Jason Tarasek of our Office of Counsel at 415-977-8125. Please address all correspondence to the Regulatory Branch, and refer to the File Number at the head of this letter.

Sincerely,

Jane M. Hicks

for Calvin C. Fong
Chief, Regulatory Branch

Enclosure

Copy Furnished:

US Attorney, San Francisco, CA
US CG, Alameda, CA
US EPA, San Francisco, CA
US F&WS, Sacramento, CA
US NMFS, Santa Rosa, CA
CA BCDC, San Francisco, CA
CA F&G, Yountville, CA
CA RWQCB, Oakland, CA
Mr. Richard Skrinde, Alameda, CA
Mr. Laurence F. Padway, Alameda, CA
City of Alameda, Attn: Jerry L. Cormack