**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

Executive Office

OCT 12 2004

SUBJECT: File Number 26840S

Richard Skrinde and Rita Mohlen
3017 Marina Drive
Alameda, CA 94501

Dear Mr. Skrinde and Ms. Mohlen:

This responds to your letter dated September 22, 2004, requesting a private meeting with me to discuss the revocation of your permit authorization to conduct repairs upon a dock behind your residence.

My staff met with you and your attorney several months ago to discuss this matter. Prior to revoking your permit authorization, the U.S. Army Corps of Engineers – San Francisco District (District) engaged in a thorough public-interest review of its action and carefully considered the information that you offered during the earlier meeting. Thus, I do not believe that another meeting would be productive.

Moreover, please note that the District has an active regulatory enforcement action pending against you related to unauthorized repairs of an existing dock at your residence. I trust that you will cooperate with my staff in resolving this enforcement action.

Sincerely,

Philip T. Feir
Lieutenant Colonel, U.S. Army
Commanding