


0747


0748


0737


0738