Laurence F. Padway
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501

Telephone: (510) 814-6100
Facsimile : (510) 814-0650

Attorney for plaintiffs

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RITA MOHLEN and RICHARD SKRINDE, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | **ANSWERS TO INTERROGATORIES AND REQUESTS FOR ADMISSIONS** No. 05-1179L Hon. Marian Blank Horn |

**Propounding Party: Defendant**

**Responding Party: Plaintiffs**

**Set Number : One**

All documents referenced in these responses are on the CD Rom served with this document. References to document numbers refer to the page numbers in the file titled "Initial Disclosure Documents" which contain the documents produced in connection with plaintiff's initial disclosures to the City of Alameda in *Mohlen v. City of Alameda* U. S. District Court number C03-3162 CW, Northern District of California. A copy of that file is contained on the CD Rom.

**INTERROGATORY NO. 1:**

Please state the name, address, telephone number, position and employer of the Person(s) answering these interrogatories, and identify any and all Persons providing information for the



Defendant's Exhibit 2

purpose of answering these interrogatories.

**RESPONSE:**

Richard Skrinde and Rita Mohlen, 1304 Citrus Isle, Ft. Lauderdale, Florida 33315, telephone (954) 258-8258.

**INTERROGATORY NO. 2:**

Please identify all Persons who have personal knowledge of material facts giving rise to the allegations contained in Plaintiff's Complaint.

The following persons have knowledge specifically related to the USACE permitting issues:

1. Timothy S. O'Rourke, Lt. Col., Corps. Of Engineers, District Engineer, Department of the Army, 333 Market Street, San Francisco, Ca.;

2. General Schroeder, Department of the Army, U.S. Army Corps. Of Engineers, 1325 J Street, Sacramento, Ca. 95814:

3. Dennis Drennon, Department of the Army, U.S. Army Corps. Of Engineers, 1325 J Street, Sacramento, Ca. 95814:

4. Ken Fox, Chief, Management and Disposal Branch, Department of the Army, U.S. Army Corps. Of Engineers, 1325 J. Street, Sacramento, Ca 95814;

5. Michael McCormick, Lt. Col. U.S. Army Corps. Of Engineers, 333 Market Street, 8th Floor, San Francisco, Ca 94105, (415) 977-8500;

6. Michael R. Bain, Chief, Management and Disposal Branch, U.S. Army Corps. Of Engineers, 1325 J Street, Sacramento, Ca 95814;

7. Edward A. Wylie, Chief, South Section, U.S. Army Corps. Of Engineers, 333 Market Street, San Francisco, Ca 94105;

8. Lt. Mike Dillibaugh, U.S. Army Corps. Of Engineers, 333 Market Street, San Francisco, Ca 94105;

9. Calvin Fong, U.S. Army Corps. Of Engineers, 333 Market Street, San Francisco, Ca 94105;

10. Penny Cauldwell, U.S. Army Corps. Of Engineers, 1325 J Street, Sacramento, Ca 95814;

11. Ed. Aguirre, U.S. Army Corps. Of Engineers, 1325 J Street, Sacramento, Ca 95814;

12. Col. Feir, U.S. Army Corps. Of Engineers, 333 Market Street, San Francisco, Ca 94105;

The following consultants have knowledge concerning the permitting issues with the U. S. Army, and the condition of the property in issue:

13. Zachary Bedford, MacDonald Bedford, LLC , 2900 Main St.,Alameda, Ca 94501

14. Barabara Price – Consultant for USACE

15. Robert Downing – Marine Surveyor, PO Box 4154, Vallejo, CA 94590, (707) 642-6346;

16. Floyd Hibbits, Hibbits Consulting, 3429 Broadway,
Suite C-1, PMB #101, American Canyon, Ca 94503
–Appraiser

The following witnesses are familiar with the conditions, construction, maintenance, permits or inspections on the real property in issue. Most of these witnesses also are construction industry professionals who would therefore have general familiarity with permits, permit inspection practices, and the general practices of the Building and Planning Department. Witnesses 1 and 17 are familiar with the real property and its condition over many years prior to when plaintiffs purchased it. Witness 4 has information related to retaliation against Neilsen Electric, and other witnesses may have incidental information concerning that subject:

17. Ken Gutleben, 3021 Thompson Ave., Alameda, CA 94501, (510) 865-6342;

18. George Davenport, 2024 Lincoln Ave., Alameda, CA 94501, (510) 522-8997; Docs. 1417, 1647

19. Larry Orr, 2314 Fruitvale, Oakland, CA 94601, (510) 261-0143, Doc. 1486; 1658

20. Eric Nielsen, 1717 Stanton St., Alameda, CA 94501, (510) 867-8881; Docs. 1418, 1428, 1484, 1653

21. Ron Waller, 2618 Santa Clara, Alameda, CA 94501, (510) 521-5655;

22. Steve Green, 1157 Park Ave., Alameda, CA 94501, (510) 504-9567;

23. Mat Hines, 1917 Chestnut St., Alameda, CA 94501, (510) 205-5837;

24. Jeff Lohrman, 2901 Gough St., #205, San Francisco, CA 94123, (415) 938-6397. Doc. 1646;

25. Casy Ormes, 2425 Clement Ave., Apt. D Alameda, CA 94501, (510) 749-0245; Doc. 1651;

26. Italo Calpestri, AIA, Architect, 1504 Park St. Rm. 7, Alameda, CA 94501; (510) 522-6769;

27. W. B. Clausen Structural Engineers, 1727 64th Street, Emeryville, California Eng., Oakland, CA 94608, (510) 655-4144;

28. Century Patio, 538 Lewelling Blvd. San Leandro, CA., (510) 352-1870;

29. Vortex Diving, Livingston St. Pier, Oakland, CA. 94606, (510) 261-2400;

30. Andreas Deak, Surveyor, 2116 Buena Vista Ave., Alameda, Ca. 94501 (510) 866-4289;

31.Marine Enviroclean, PO Box 2456, Alameda,
CA 94501, (510) 748-0239;

32. Dave Franklin, 2310 Pacific Ave. #A, Alameda,
Ca. 94501, (510) 523-6100;

33. Eric Christenson, Pacific Gas aand Electric Co., 4801 Oakport
Street, Oakland, California. Doc. 1478.

33a. Marilyn Schumacher, Harbor Bay Realty, 885 Island Dr. 200
Alameda, Ca. 94501 (510) 523-1144.

The following lay witnesses can attest to the conditions of the property:

34. Raymond Skrinde 14306 Frans Dr., Stanwood
WA 98292, (360) 652-8601;

35.James Skrinde, 9221 25th Ave. N.W., Seattle,
WA 98117, (206) 782-4542;

36. Jeffrey Allen, 245 Creedon Circle, Alameda,
CA 94502, (510) 865-1338;

37. Marilyn Appezzato 2929 Seaview Pkwy,
Alameda, CA 94501 (510) 865-0311

The following attorneys participated in negotiations with defendant City of Alameda concerning the real property, and/or in representation of the plaintiffs in the criminal action:

38.Kevin Taguchi, 1260 "B" St, Suite 240
Hayward, CA 94541, (510) 886-4446;

38.Gene LaFollette, 1501 Oak St., Suite 220,
Alameda, CA 94501, (510) 864-8610;

The following witnesses reside in the area near the real property and can attest to general conditions in the neighborhood, city practices concerning permits and inspections in the area, and the condition of the property owned by plaintiffs:

39. Jacqueline Goodman 3005 Marina Dr. Alameda,
CA 94501 (510) 521-1872; document 1286.

40. Tom Silva , former owner of 3007 Marina Drive, current address unknown;

41. Jack O'Rourke, former owner of 3011 Marina Drive, current address unknown.

42. Andrew and Kris Stoddard 3011 Marina Dr. Alameda, CA 94501.

43..Clark Emerson, last known at 3019 Marina Drive, Alameda, Ca.. Doc. 1285.

44. James Chin, 3019 Marina Dr., Alameda, CA 94501

The following witnesses have knowledge concerning retaliation by the City of Alameda against Rosenblum Cellars:

45.Kent and Kathy Rosenblum, 2000 Main St., Alameda, CA 94501, (510) 865-70036.7 Doc. 1515; these witnesses are also familiar with the property in issue;

The following witness is familiar with a distress offer to purchase the real property in issue:

46. Robert J. Silverman, Berding and Weil, LLP, 3240 Stone Valley Road West, Alamo, Ca 94507, (925) 838-2090. Doc. 1507.

The following governmental regulators are familiar with the property in issue:

47 .Drew Lucas, Coastal Analyst Intern, Bay Conservation and Development Commission, 50 California Street, Suite 2600, San Francisco:

48. Loretta K. Barsamian, Executive Officer, California Regional Water Quality Control Board, San Francisco Bay Region, 1515 Clay Street, Suite 1400, Oakland, California, (510) 622-2300:

49. Alameda County Assessor, 1221 Oak Street, Oakland, CA (510) 272-3787;

The following present and former employees of the City of Alameda have knowledge of the real property in issue, procedures of the Building and Planning Department, and/or enforcement fines levied and collected by the planning department, the retaliation against Rosenblum Cellars and/or Nielsen Electric:

Hon. Beverly Johnson
Former City Attorney Korade
City Attorney Highsmith
Special Council Aljoe
Rob Wonder, former Asst. City Manager
Jim Flindt, former City Manager
George Carder.
John Cruz
Greg Fuz, former Planning Director
Fred Harms
Hans Williams
Ken Jeffries
Ken Stevens
Dennis Brighton
Jerry Cormack
Marc Bull
Former Police Chief Birney Matthews
Lt. Brock
Sgt. Abreau
Collette Meunier
Lee Diaz
Dia Swan
Lewis E. Hurwitz
J. Zenda James

**INTERROGATORY NO. 3:**

Please identify, specifically, what property interest You claim was taken by Defendant and set forth each and every fact upon which You base Your answer. Attach copies of all Documents relative to the response noted in Your answer.

**RESPONSE:**

The right to maintain a boat hoist, boat house and floating dock adjacent to 3017 Marina Drive, Alameda, California. This dock is authorized by the following:

Department of the Army, Nationwide Permit 3(I), Maintenance, 67 FR 2020, January 15, 2002;

Letter dated June 20, 2002 from Regulatory Branch to Rita Mohlen;

Letter dated May 17, 2002 from Michael R. Bain, Chief, Management and Disposal Branch to Richard Skrinde;

License No. DACWO5-3-00-603

The NWP authorization dated June 20, 2002, as clarified in the letter of September 4, 2003, was suspended by letter of May 6, 2004.

The suspension was maintained by letter of July 6, 2004 from Michael McCormick, Lt. Col. U. S. Army to Laurence F. Padway.

The NWP-3 authorization was revoked by letter of August 19, 2004.

By letter of December 18, 2000 from Timothy O'Rourke, District Engineer, to "Property Owner" the USACE announced a one year moratorium on requests for permits and real estate licenses. This moratorium was subsequently extended and remains in force.

**INTERROGATORY NO. 4:**

Please identify the date upon which, the manner in which, and the terms under which You acquired an interest in the Marina Drive property, and identify any documents which evidence these transactions.

**RESPONSE:**

Rita Mohlen received a frant deed for 3017 Marina Drive from Glenn Henderson dated July 7, 1994. Richard Skrinde received a grant deed from Rita Mohlen of a 50% interest dated December 28, 1994, which was never recorded.

**INTERROGATORY NO. 5:**

Please identify the date upon which You relinquished Your interest in the Marina Drive property and the manner in which such relinquishment was accomplished.

**RESPONSE:**

Rita Mohlen conveyed a grant deed on September 16, 2005 to Jerry Anderson.

**INTERROGATORY NO. 6:**

Please identify the date on which You contend that the property You identified in response to Interrogatory Number 3 was taken by the United States, and set forth each and every fact upon which You base Your answer. Attach copies of all Documents relative to the response noted in Your answer.

**RESPONSE:**

The NWP-3 authorization was revoked by letter of August 19, 2004. The moratorium on new permits, which commenced in 2000, was maintained in force and continues in force currently.

**INTERROGATORY NO. 7:**

Please identify the specific action by which You claim Defendant took the property You claim was taken in Your answer to Interrogatory Number 3, above.

**RESPONSE:**

The NWP-3 authorization was revoked by letter of August 19, 2004, and the moratorium initiated in December, 2000 remained in effect. No hearing on the revocation was held and no appeal was permitted.

The Army issued a cease and desist order on September 3, 2004.

**INTERROGATORY NO. 8:**

Please identify whether You seek recovery for a physical taking or a regulatory taking of the property You claim was taken in Interrogatory Number 3, above.

**RESPONSE:**

Regulatory taking.

**INTERROGATORY NO. 9:**

Please identify Your reason for stating that the revocation of the real estate license was motivated by a decision to support illegal efforts by the City of Alameda..

**RESPONSE:**

In a letter of May 6, 2004 the USACE suspended the NWP-3 permit. This letter instructed the plaintiffs to contact Mr. Ed Wiley for clarification. Plaintiffs called Mr. Wiley and requested an explanation. Wiley informed the plaintiffs that the City of Alameda had requested the permit to be revoked.

In its letter of August 19, 2004 the USACE revoked the NWP-3 permit and in its letter stated, "The City of Alameda recently informed the District that the property at 3017 Marina Drive currently carries numerous California building code violations", and further stated that this claim by the City violated the terms of the Real Estate license.

**INTERROGATORY NO. 10:**

Please identify any person who has ever designed, planned, constructed, or repaired any improvements located behind the Marina Drive property and on or over the OIHTC, including but not limited to the pier, boathouse, boat hoist and floating dock referenced in Paragraph 4 of the Complaint.

**RESPONSE:**

Richard Skrinde
George Davenport
Jeff Lohrman
Casey Ormes
Vortex Marine
Robert Downing
Bay Ship and Yacht
Andreas Deak
Larry Orr
Eric Neilsen
Italo Calpestri, AIA
W. B. Clausen Structural Engineers

The addresses and phone numbers of these individuals are contained in the answer to number 2, supra.

**INTERROGATORY NO. 11:**

Please identify all work done on the improvements located behind the Marina Drive property and on or over the OIHTC, including but not limited to the pier, boathouse, boat hoist and floating dock referenced in Paragraph 4 of the Complaint.

**RESPONSE:**

Prior to the purchase of the property by the Plaintiffs, prior owners had performed all original construction of pier, boathouse, boathoist and floating dock over the course of some forty years. Plaintiffs performed repair work to above items under two separate authorizations from the USACE.

The initial work occurred in 1994, at their time of purchase, and under authorization of USACE file number 21250 EO1. As stated in the application for USACE authorization, the purpose of the project was to: "Satisfy demand of insurance company – current structure considered liability – must be completed ASAP to keep homeowners policy". As further stated, the nature of the activity was the: "Repair of residence pier – Replace headers, joists, decking, piles as required – meet UBC 1991" (Uniform Building Code v. 1991). Further detail of the proposed project was provided to USACE in a detailed construction drawing. This drawing was also the basis for authorization from both the State and the City of Alameda.

Additional work was done to the above structures under USACE 2000 Real Estate license DACW05-3-00-603 and 2002 NWP-3 permit authorization. As stated in the permit application, the nature of the activity, as per the Real Estate License drawing was to
1) Replace floating dock including relocation of two piles and addition of one pile (steel), 2) Replace Handrails on pier Deck and add Handrail / Winbreak to boathouse roof
3) Move non-loadbearing weather partition of boathouse to provide needed clearance to cradle pit
4) Re-orient gangway to floating dock.

As further stated, the project purpose was to "Meet minimum safety requirements of outstanding Marine Safety Inspection as well as to update minor drawing errors in the Regulatory Permit issued to 3017 in 1994."

Finally, as stated on the application, the following work had been completed prior to applying for the permit: "Handrail and windbreak installed on boathouse roof. Boathoist weather partition relocated. Gangway re-orineted".

Regarding the above nature of activity, item 1 (floating dock and piling work) was not implemented due to the revoking of the permit.

Under City permit: 1) structural pest control was undertaken and rotted windows, doors, etc. were replaced 2) a hot tub was installed 3) the electrical wiring was upgraded in the form of a new sub-panel and new lights, plugs and switches 4) work was done on the heater in the boathouse.

Not requiring any permit, cosmetic work in the nature of painting, varnishing, as well as the installation of hardwood floor and trim was also undertaken.

**INTERROGATORY NO. 12:**

Please identify each employee, current or former, of the Corps with whom you had contact, oral or written, in regards to the Nationwide 3 permit, referenced in Exhibit 3 of the Complaint, and the Real Estate License, attached as Exhibit 1 to the Complaint.

**RESPONSE:**

These individuals are identified in response to number 2, supra.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

The Corps never required You to remove the structures You built on and over the OIHTC.

**RESPONSE:**

Denied. The Army issued a cease and desist order dated September 3, 2004.

**REQUEST FOR ADMISSION NO. 2:**

The structures You built on and over the OIHTC remained on and over the OIHTC at the time You sold the Marina Drive property.

**RESPONSE:**

Yes, but the disclosure of the permit revocation and cease and desist order impacted the value of the property and the purchase price.

Dated: August 27, 2006

Laurence F. Padway
Attorney for plaintiffs

# VERIFICATION

The undersigned, Rita Mohlen and Richard Skrinde, hereby declare under penalty of perjury that:

We are the plaintiffs in this case. We have read the foregoing answers to interrogatories and response to request for admissions and the same are true of our own knowledge or we are informed and believe they are true.

Executed this 27th day of August, 2006, at Ft Lauderdale, Florida..

Rita A. Mohlen

Richard Skrinde.



Aug 26 06 02:55p Richard Skrinde 510 522 7898 p.1

Proof of Service

The undersigned hereby declares under penalty of perjury that:

I am the attorney for plaintiffs. On August 29, 2006, I mailed the foregoing answers to interrogatories address to:

Mark T. Romley
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0274

Executed this 29th day of August, 2006 at Alameda, California.

Laurence F. Padway