# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**RITA MOHLEN and RICHARD SKRINDE**,

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-1179L**
**Filed: September 19, 2006**

## O R D E R

Both parties, in individual responses, shall electronically file short, supplemental briefs on the following issues, on or before **Monday, September 25, 2006, at 12:00 p.m. EDT**:

1) Regarding Mr. Skrinde's standing, the significance of the unrecorded deed to Mr. Skrinde. In an appendix to plaintiffs' filing, include a copy of the recorded deed for the property at 3017 Marina Drive, Alameda, California, and the unrecorded deed granting Mr. Skrinde a one-half interest in that property.

2) Regarding Mr. Skrinde's standing, the significance of the government's references to Mr. Skrinde in terms that imply ownership of the license and permit in plaintiffs' September 11, 2006 supplemental filing exhibits 13 and 16.

3) The relevance of the navigability or non-navigability on the government-owned property subject to the Nationwide Permit and the 1913 War Department Grant.

4) Whether plaintiffs challenge the government's permit revocation as violating the 1913 Grant.

5) Whether plaintiffs facially challenge the Nationwide Permit regulations as violating the 1913 Grant.

6) Whether this case is ripe for review, given that the government invited the plaintiffs to re-apply for a nationwide or individual permit and the plaintiffs did not do so.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**