WAR DEPARTMENT
UNITED STATES ENGINEER OFFICE
401 Customhouse
San Francisco, California

November 26, 1935

Subject: Submission of reports to Congress.

TO: The Division Engineer, South Pacific Division
San Francisco, Calif.

EXTRACT:

3. Each of the above pieces of land covers a considerable length of frontage between the pierhead line on one side or the other of the Tidal Canal and numerous pieces of privately owned property. Many years ago the Government property was leased from year to year to the highest bidder. It became the practice for speculators to bid for the leases with the idea of exacting profitable rentals from the abutting owners for the privilege of having access to the water. To remedy this situation the Assistant Secretary of War, on June 3, 1913, signed the following blanket license which has not since been revoked:

"War Department, Washington,
June 3, 1913.

The owners of property abutting the lands included in the right of way acquired by the United States for the Oakland Tidal Canal shown on accompanying Sheet no. 5 are hereby authorized and permitted to occupy, with open-work non-permanent structures for wharf purposes, the portions of the strip of U.S.Property fronting their respective properties and situated between the pierhead and bulkhead lines approved Jan. 20, 1913, without special lease or charges of any kind, it being expressly understood that this permission is revocable at any time when this area may be again required for purposes of navigation and shall not be construed as a relinquishment to the Government title to the said right of way.

Henry Breckinridge,
Asst. Secretary of War."

Under the avove license a large number of wharves have been built on the Government property by the abutting property owners. Many of these wharves are commercial wharves; others, particularly on the piece in Alameda at the eastern end, are owned by yachtsmen whose homes are on the adjoining private land. The total investment in these structures is large.

4. At the time the license was signed, the pierhead lines on the two sides of the canal were 25 feet channelward of the bulkhead lines. In 1929, the pierhead lines were modified to conform in general to the bulkhead lines. Therefore, except for parcel a, the license does not strictly apply at this time, but the same privileges, to use the Government property fronting on their property, has been enjoyed by inference, by the abutting property owners adjoining all the pieces described herein.