> "(a) that the current residents of 3005 Marina Drive, 3009 Marina Drive, 3011 Marina Drive, 3019 Marina Drive, 3025 Marina Drive and 3027 Marina Drive (i.e. your neighbors) each submit letters to the District indicating their approval of the 'floating dock' currently installed behind your residence;"