Laurence F. Padway, Calif. Bar # 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for Plaintiffs
RITA MOHLEN and RICHARD SKRINDE

UNITED STATES COURT OF CLAIMS

RITA MOHLEN and ,
RICHARD SKRINDE

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendants.

________________________________/

Case No. 05-1179L

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiffs in the above matter.

2. Attached as Exhibit 1 is a true and correct copy of the Community Meeting Minutes of March 3, 2005 hosted by the U.S. Army Corps of Engineers and the City of Alameda. I was personally present at the meeting described in the exhibit. The minutes were prepared by the USACE, and while the minutes are not 100% complete, they accurately reflect the matters which are set forth in the minutes.

3. I attach as exhibit 2 a letter from the Army dated March 3, 2005.

4. I attach as exhibit 3 a letter from Gregory McFann concerning the property in issue dated August 2, 2005.

5. I made a request under the Freedom of Information Act for all USACE permits for structures abutting Marina Drive in Alameda, California. Only one residential property, other than that owned by Ms. Mohlen and Mr. Skrinde, had a permit.

Executed this 25th day of September, 2006, at Alameda, California.

/s/_________________________
Laurence F. Padway
Attorney for Plaintiffs

EXHIBIT A