Exhibit 2

**DEPARTMENT OF THE ARMY**
SAN FRANCISCO DISTRICT, CORPS OF ENGINEERS
333 MARKET STREET
SAN FRANCISCO, CALIFORNIA 94105-2197

Executive Office

MAR 0 3 2005

SUBJECT: File Number 26840S

Mr. Richard Skrinde
3017 Marina Drive
Alameda, CA 94501

Dear Mr. Skrinde:

This responds to a telephone message that you left for Jason Tarasek, Assistant District Counsel, last week indicating disappointment with the District's December 16, 2004 letter.

Please understand that the District drafted the aforementioned letter in careful consideration of your neighbors and their interest in safe access to their boat docks on federally owned land commonly known as the Oakland Inner Harbor Tidal Canal ("OIHTC").

As you recall, the District indicated that it would consider issuing an "after-the-fact" permit for the "floating dock" that you installed after the District revoked your permit authorization upon the following conditions:

(a) that the current residents of 3005 Marina Drive, 3009 Marina Drive, 3011 Marina Drive, 3019 Marina Drive, 3025 Marina Drive, and 3027 Marina Drive (i.e., your neighbors) each submit letters to the District indicating their approval of the "floating dock" currently installed behind your residence; and

(b) that an official with the City of Alameda submits a letter to the District indicating that the portions of federal property that you currently occupy do not currently carry building code violations.

Please note, as indicated in the letter, that we honored our promises to (1) meet with the Alameda city manager to discuss the District's management of the OIHTC and the eventual transfer of OIHTC land to the cities of Alameda and Oakland; and (2) investigate the practicality of returning to a scenario similar to the "1986 lease" arrangement discussed during our meeting. Furthermore, we also held a neighborhood meeting in Alameda to discuss the District's intent to divest its ownership of the OIHTC.

In contrast, you have supplied none of the letters requested in the December 16 letter despite the assigned deadline of February 1, 2005.

During the neighborhood meeting referred to above, we indicated that the District may enact a "grace period" to allow the owners of all unauthorized structures along the OIHTC to obtain necessary permits until such time that guidelines enumerated in a Shoreline Management Plan take effect. In this spirit of good faith, therefore, we hereby extend the deadline for you to submit the requested letters until April 15, 2005.

Should you have any questions related to this letter, please reply in writing.

Sincerely,

Philip T. Feir
Lieutenant Colonel, U.S. Army
Commanding