Exhibit 3

City of Alameda • California

August 2, 2005

Marilyn Schumacher
Broker Associate
Harbor Bay Realty
885 Island Drive Suite 200
Alameda, CA 94502

**RE: 3017 Marina Dr.**

Dear Mrs. Schumacher:

All City of Alameda issues noted on the City of Alameda – Address Activity Report 3017 Marina Drive have been satisfied as of 7/18/05. Any outstanding issues regarding improvements extending beyond the pierhead and/or bulkhead lines as determined by the Army Corps of Engineers remain open and will be addressed by the Army Corps of Engineers, the City of Alameda, and the owners of said affected properties along Fernside Boulevard and Marina Drive. Additional entities/agencies could be involved in any process regarding the determination of land use and ownership. The time required for any type of resolution is completely unknown.

Sincerely,

Gregory McFann
Acting Planning and Building Director

Cc Paul Benoit, Assistant City Manager

Planning & Building Department
2263 Santa Clara Avenue, Room 190
Alameda, California 94501-4477
510.747.6850 • Fax 510.747.6853 • TDD 510.522.7538

Printed on Recycled Paper

# CITY OF ALAMEDA - ADDRESS ACTIVITY REPORT

## Activity at: 3017 MARINA

| Permit | Type | Status | Applicant | Work Description | Issued Date | Finaled Date |
|---|---|---|---|---|---|---|
| B00-1896 | Building Permit | CANCELED | MOHLEN RITA I | SHEET ROCK NON-CONDITIONED SPACE (WORKSHOP) CANCELLED 9/20/2001 | | |
| B01-1418 | Building Permit | EXPIRED | MOHLEN RITA I | CODE ENF: RELOCATE NON-BEARING WALLS AT BOATSHED, CONSTRUCT FASCIA AT SIDES EXPIRED 9/30/2003 | | |
| B01-1419 | Building Permit | EXPIRED | MOHLEN RITA I | INSTALL: NEW HANDRAIL AT REAR STAIRS, NEW RAILING AT DECK, NEW WOODEN FENCE, NEW FLOATING DOCK PER BCDC & ARMY CORPS PERMIT & LICENSE EXPIRED 9/30/2003 | | |
| B03-1122 | Building Permit | DENIED | MOHLEN RITA I | APPLICATION FOR APPEAL HEARING DENIED 10/22/2003 | | |
| B04-0114 | Building Permit | EXPIRED | MOHLEN RITA I | REPLACE FLOATING DOCK; REPLACE HANDRAILS ON DECK & GANGWAY. EXPIRED 3/31/2005 | 03/31/2004 | |
| B04-1785 | Building Permit | ISSUED | ABRIL ROOFING, INC. | PARTIAL RE-ROOF OF MAIN HOUSE (OVERLAY 1 LAYER OF MODIFIED BITUMAN W/POLYURETHANE FOAM ROOF SYSTEM-CLASS 'A') INSTALL SPARK ARRESTOR IF NEEDED | 12/08/2004 | |
| B94-1183 | Building Permit | FINAL | RITA MOHLEN | REPAIR DECK FOUNDATION INSTALL BEAM | 10/11/1994 | 06/24/1998 |
| B94-1261 | Building Permit | FINAL | RITA MOHLEN | REPLACE DECK IN KIND | 11/28/1994 | 06/24/1998 |
| B98-1576 | Building Permit | EXPIRED | NIELSEN ELECTRIC, INC. | INSTALL HOT TUB EXPIRED 9/28/1999 | 09/28/1998 | |
| B99-2024 | Building Permit | EXPIRED | MOHLEN RITA I | EXTEND B98-1576&E98-3804(INSTALL HOT TUB) EXPIRED 9/28/2000 | 09/29/1999 | |
| B99-2548 | Building Permit | FINAL | CENTURY PATIO VILLAGE | INSTALL 10 X 18' OPEN PATIO COVER | 02/25/2000 | 09/20/2000 |
| BP890928 | Building Permit | FINAL | DORWARD | STRUCTURAL PEST CONTROL | 07/11/1989 | 06/12/1998 |

THIS IS A TRUE AND CORRECT COPY OF THE ORGINAL RECORDS ON FILE WITH THE PERMIT CENTER. CITY OF ALAMEDA

DATE 8/2/05 BY [signature]

# CITY OF ALAMEDA - ADDRESS ACTIVITY REPORT

## Activity at: 3017 MARINA

| Permit | Type | Status | Applicant | Work Description | Issued Date | Finaled Date |
|---|---|---|---|---|---|---|
| CB01-0733 | Combination Building Permit | EXPIRED | MOHLEN RITA I | CODE ENF: SHEETROCK WALLS & CEILING IN NON-CONDITIONED SPACE IN BASEMENT WORKSHOP AND STORAGE ROOM; ADD ELECTRICAL PLUGS, SWITCHES & LIGHTS; FINAL ELECTRICAL AT HOT TUB; ADD 4 WINDOWS IN UNCONDITIONED UTILITY SPACE EXPIRED 9/30/2003 | | |
| CB02-0863 | Combination Building Permit | FINALED | MOHLEN RITA I | ADD ATTIC PARTITIONS & SHEETROCK TO PROTECT WIRING; INSTALL ATTIC FAN; REPLACE KNOB & TUBE WIRING @ LIGHTS, 12 OUTLETS, 6 SWITCHES | 10/21/2002 | 07/22/2003 |
| CB05-0728 | Combination Building Permit | FINALED | ITALO CALPESTRI | REDUCE HEIGHT OF WINDSCREEN BY 3'/INSTALL 2 BAY WINDOWS @ WEST SIDE/REDUCE ROOF EAVES @ EAST & WEST/ADD ELECTRICAL IN BASEMENT. FINAL HOT TUB. (BLDG/ELE) | 05/27/2005 | 06/23/2005 |
| CB05-0772 | Combination Building Permit | FINALED | ITALO CALPESTRI | CODE ENF: LEGALIZE 65 SQ FT ADD'N TO MASTER BEDROOM (B/E) | 06/20/2005 | 06/27/2005 |
| DR04-0026 | Major Design Review | INCOMPLETE | ITALO CALPESTRI | MAJOR DESIGN REVIEW & VARIANCE - MAXIMUM BUILDING COVERAGE DEEMED INCOMPLETE 4/14/2004 PLANNING BOARD APPEAL DENIED 6/14/2004. APPEAL TO CITY COUNCIL FILED ON JUNE 22, 2004. CITY COUNCIL APPEAL WITHDRAWN. | | |
| E02-3295 | Electrical Permit | EXPIRED | NIELSEN ELECTRIC, INC. | ELECTRICAL CODE VIOLATIONS-ITEMS #2,3,4,5,6,7,8,9,10,11 & 22 (APPROVAL OF #9 & #10 SUBJECT TO PLANNING APPROVAL)EXPIRED 7/23/2004 | 09/27/2002 | |
| E98-3804 | Electrical Permit | EXPIRED | NIELSEN ELECTRIC, INC. | ELE-HOT TUB & UPGRADE ELECTRIC SERVICE EXPIRED 9/29/1999 | 09/28/1998 | |
| E99-3840 | Electrical Permit | EXPIRED | MOHLEN RITA I | EXTEND B98-1576&E98-3804(INSTALL HOT TUB)EXPIRED 9/28/2000 | 09/29/1999 | |
| M02-8143 | Mechanical Permit | FINALED | RICHARD SKRINDE | REPLACE FURNACE | 10/01/2002 | 07/22/2003 |

THIS IS A TRUE AND CORRECT COPY OF THE ORGINAL RECORDS ON FILE WITH THE PERMIT CENTER. CITY OF ALAMEDA

DATE 8/2/05 BY [signature]

# CITY OF ALAMEDA - ADDRESS ACTIVITY REPORT

## Activity at: 3017 MARINA

| Permit | Type | Status | Applicant | Work Description | Issued Date | Finaled Date |
|---|---|---|---|---|---|---|
| MDR01-0273 | Minor Design Review | FINALED | MOHLEN RITA I | CODE ENF: RELOCATE NON-BEARING WALLS AT BOATSHED, CONSTRUCT FASCIA AT SIDES EXPIRED 5/3/2003 | | 03/09/2005 |
| MDR04-0027 | Minor Design Review | CANCELED | MOHLEN RITA I | REPLACE FLOATING DOCK; REPLACE HANDRAILS ON DECK & GANGWAY. CANCELLED 2/18/2004 | | |
| MDR05-0162 | Minor Design Review | APPROVED | ITALO CALPESTRI | (DESIGN REVIEW ONLY) INSTALL TWO BAY WINDOWS AT WEST ELEVATION; REDUCE ROOF EAVES TO MEET 3' SIDE YARD SETBACK; ADD 45 SF TO MASTER BEDROOM. APPROVED 5/25/2005 | | |
| MDR05-0196 | Minor Design Review | APPROVED | ITALO CALPESTRI | CODE ENF: ADD 65 SQ FT TO MASTER BEDROOM. APPROVED 2/20/2005 | 06/20/2005 | |
| MR04-0196 | Miscellaneous Revenue | FINALED | ANDREW STODDARD | PERMIT HISTORY | | 04/28/2004 |
| MR04-0206 | Miscellaneous Revenue | FINALED | RICHARD SKRINDE | PERMIT HISTORY | | 05/06/2004 |
| MR04-0372 | Miscellaneous Revenue | FINALED | HARBOR BAY REALTY | PERMIT HISTORY | | 08/06/2004 |
| MR05-0195 | Miscellaneous Revenue | FINALED | MARILYN SCHUMACHER | PERMIT HISTORY | | 05/20/2005 |
| P02-5961 | Plumbing Permit | FINALED | RICHARD SKRINDE | INSTALL WATER HEATER; GAS OUTLET (BBQ) TEST; SEWER EJECTOR FITTINGS | 10/01/2002 | 07/22/2003 |
| P94-5602 | Plumbing Permit | FAILED | SING SING CONSTRUCTION CO. | SEWER TEST ONLY. FAILED 7/7/1994 | 07/06/1994 | |
| P94-5639 | Plumbing Permit | FINAL | SING SING CONSTRUCTION CO. | SEWER REPLACEMENT-RESALE | 07/18/1994 | 07/19/1994 |
| V04-0006 | Variance | INCOMPLETE | ITALO CALPESTRI | MAJOR DESIGN REVIEW & VARIANCE - MAXIMUM BUILDING COVERAGE. DEEMED INCOMPLETE 4/14/2004. PLANNING BOARD APPEAL DENIED 6/14/2004. CITY COUNCIL APPEAL WITHDRAWN | | |

THIS IS A TRUE AND CORRECT COPY OF THE ORGINAL RECORDS ON FILE WITH THE PERMIT CENTER. CITY OF ALAMEDA

DATE 8/2/06 BY [signature]

# CITY OF ALAMEDA - ADDRESS ACTIVITY REPORT

## Activity at: 3017 MARINA

| Permit | Type | Status | Applicant | Work Description | Issued Date | Finaled Date |
|---|---|---|---|---|---|---|
| V04-0007 | Variance | INCOMPLETE | ITALO A. CALPESTRI III, AIA | VARIANCE - MAIN BUILDING YARD REAR SETBACK. DEEMED INCOMPLETE 4/14/2004. PLANNING BOARD APPEAL DENIED 6/14/2004. CITY COUNCIL APPEAL WITHDRAWN. | | |
| V04-0008 | Variance | INCOMPLETE | ITALO A. CALPESTRI III, AIA | VARIANCE - BAY WINDOWS. DEEMED INCOMPLETE 4/14/2004. PLANNING BOARD APPEAL DENIED 6/14/2004. CITY COUNCIL APPEAL WITHDRAWN. | | |
| V04-0009 | Variance | INCOMPLETE | ITALO A. CALPESTRI III, AIA | VARIANCE - BARRIER HEIGHTS. DEEMED INCOMPLETE 4/14/2004. PLANNING BOARD APPEAL DENIED 6/14/2004. CITY COUNCIL APPEAL WITHDRAWN. | | |
| V04-0010 | Variance | INCOMPLETE | ITALO A. CALPESTRI III, AIA | VARIANCE - DECKS OVER 36 INCHES. DEEMED INCOMPLETE 4/14/2004. PLANNING BOARD APPEAL DENIED 6/14/2004. CITY COUNCIL APPEAL WITHDRAWN. | | |
| X00-0091 | Complaint | LEGAL | CITY OF ALAMEDA | PATIO COVER BEING EXTENDED BEYOND PERMIT. CLOSED | | |
| X02-0191 | Complaint | FINALED | CITY OF ALAMEDA | REFERRED - TO FIRE PREVENTION - GRINDING FIBERGLASS AT REAR DECK OVER WATER, WEARING RESPIRATOR AND PROTECTIVE CLOTHING, AND THERES FIBERGLASS FLOATING EVERYWHERE, ALSO WASHING FIBERGLASS DOWN THE ESTUARY. | | 06/04/2002 |
| X97-0180 | Complaint | INVALID | CITY OF ALAMEDA | CONSTRUCTION WITHOUT PERMIT | 11/06/1997 | |

THIS IS A TRUE AND CORRECT COPY OF THE ORGINAL RECORDS ON FILE WITH THE PERMIT CENTER. CITY OF ALAMEDA

DATE 8/2/06 BY [signature]