Laurence F. Padway, Calif. Bar # 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for Plaintiffs
RITA MOHLEN and RICHARD SKRINDE

UNITED STATES COURT OF CLAIMS

| | |
|---|---|
| RITA MOHLEN and ,<br>RICHARD SKRINDE<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants.<br>_______________________________/ | Case No. 05-1179L<br><br>DECLARATION OF LAURENCE F. PADWAY |

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiffs in the above matter.

2. Attached as Exhibit 1 is a true and correct copy of the Grant Deed by Rita Mohlen to Rita Mohlen and Richard Skrinde dated December 28, 1994.

3. Counsel does not have in his files a copy of the deed for the Hendersons to Ms.

Mohlen and has requested the client to obtain and forward the same. However, the client has not been able to do so in time for that deed to be filed with this declaration.

Executed this 25th day of September, 2006, at Alameda, California.

/s/________________________
Laurence F. Padway
Attorney for Plaintiffs

EXHIBIT A

# Grant Deed

THIS FORM FURNISHED BY PACIFIC LAND TITLE COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
By Rita I. A. Mohlen aka Riitta Mohlen a single woman

hereby GRANT to Rita I.A. Mohlen as to 50% interest and
to Richard A. Skrinde as to 50% interest as Joint Tenants

the following described real property in the City of Alameda
County of Alameda, State of California at 3017 Marina Drive

See legal description attached

Dated: ~~December 28, 1994~~

STATE OF CALIFORNIA,
COUNTY OF Alameda } SS.

On December 28 1994 before me, the undersigned, a Notary Public in and for said County and State, personally appeared Rita I. A. Mohlen, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

Signature

MO KHATIBI
Comm. #976515
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
Comm. Expires Nov. 1, 1996

Notary Public State of California

Mail Tax Statement To:

1101

WHEN RECORDED MAIL TO

ıme

reet
ldress

ty
ate
ɔ

SPACE ABOVE THIS LINE FOR RECORDER'S USE

DOCUMENTARY TRANSFER TAX $________

☐ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR

☐ COMPUTED ON FULL VALUE LESS LIENS & ENCUMBRANCES REMAINING THEREON AT TIME OF SALE.

Signature of declarant or agent determining tax - firm name

CITY OF ☐ Unincorporated

# Grant Deed

THIS FORM FURNISHED BY PACIFIC LAND TITLE COMPANY

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
By Rita I. A. Mohlen aka Riitta Mohlen a single woman

hereby GRANT to Rita I.A. Mohlen as to 50% interest and
to Richard A. Skrinde as to 50% interest as Joint Tenants

the following described real property in the City of Alameda
County of Alameda , State of California at 3017 Marina Drive

See legal description attached

Dated: December 28, 1994

STATE OF CALIFORNIA,
COUNTY OF Alameda } SS.
On December 28 1994 before me, the under-

Rita I. A. Mohlen

1278

94250948

**Description:**

**The land referred to herein is situated in the State of California, County of Alameda, CITY OF ALAMEDA, described as follows:**

PORTION OF LOTS 184 AND 185, AS SAID LOTS ARE SHOWN ON THE MAP OF "TRACT 526, ALAMEDA, ALAMEDA COUNTY, CALIFORNIA", FILED JULY 1, 1938, IN BOOK 29 OF MAPS, AT PAGES 14, 15 AND 16 IN THE OFFICE OF THE COUNTY RECORDER OF ALAMEDA COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERN LINE OF MARINA DRIVE, DISTANT THEREON NORTHWESTERLY 87.50 FEET FROM THE SOUTHEASTERN LINE OF LOT 182, AS SAID LOT AND DRIVE ARE SHOWN ON SAID MAP; AND RUNNING THENCE ALONG SAID LINE OF MARINA DRIVE NORTHWESTERLY ON A CURVE TO THE LEFT WITH A RADIUS OF 2631.56 FEET, A DISTANCE OF 43.75 FEET; THENCE NORTH 48° 40' 56" EAST 111.73 FEET TO THE NORTHEASTERN LINE OF SAID LOT 185; THENCE ALONG THE NORTHEASTERN LINE OF SAID LOTS 185 AND 184 SOUTH 38° 57' EAST 17.86 FEET AND SOUTH 36° 59' EAST 27.14 FEET TO A LINE DRAWN NORTH 49° 19' 52" EAST FROM THE POINT OF BEGINNING; THENCE SOUTH 49° 19' 52" WEST 112.06 FEET TO THE POINT OF BEGINNING.

A. P. NO.: 69-130-251