# In the United States Court of Federal Claims

**No. 05-1179 L**

**RITA MOHLEN AND RICHARD SKRINDE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed November 7, 2006, granting defendant's motion to dismiss for lack of jurisdiction and for failure to state a claim upon which relief can be granted,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**November 8, 2006** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.